## SCHEDULE A
## THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS

| | |
|---|---|
| Defendant 1: | 925ly.com |
| Defendant 2: | 925silverangel.com |
| Defendant 3: | 925silvershop.com |
| Defendant 4: | 925tiffany.com |
| Defendant 5: | 925tiffany.net |
| Defendant 6: | 925wholesaler.com |
| Defendant 7: | aliexpressuk.com |
| Defendant 8: | amytrade.com |
| Defendant 9: | atjewelry.com |
| Defendant 10: | atopsilver.com |
| Defendant 11: | australiatiffanystore.com |
| Defendant 12: | autiffany4sale.com |
| Defendant 13: | b2bvogue.com |
| Defendant 14: | bestbuytiffany.com |
| Defendant 15: | better-tiffany.com |
| Defendant 16: | beyeshop.com |
| Defendant 17: | brandtiffany.com |
| Defendant 18: | buy-tiffanyjewelry.com |
| Defendant 19: | bybybuy.com |
| Defendant 20: | canadatiffanystore.com |
| Defendant 21: | cartiereshop.com |
| Defendant 22: | casualtiffany.com |
| Defendant 23: | cheapchinawholesale.org |
| Defendant 24: | cheapdesignerwholesale.com |
| Defendant 25: | cheaptiffanyjewelry.com a/k/a tiffanysales.org a/k/a 925silversale.com |
| Defendant 26: | cheaptiffanys.com |
| Defendant 27: | chinafamousproducts.com |
| Defendant 28: | chinawholesalejewelry.com |
| Defendant 29: | cityjewels.net |
| Defendant 30: | coachjewelry.com |
| Defendant 31: | coboen.com |
| Defendant 32: | colorstrends.com |
| Defendant 33: | cooltiffany.com |
| Defendant 34: | crowntco925.com |
| Defendant 35: | designerjewerly.net |
| Defendant 36: | designertiffanyjewelry.org a/k/a alltiffanyjewelry.com |
| Defendant 37: | diorgirl.com a/k/a tiffanyandcostore.com |
| Defendant 38: | discountiffany.com |
| Defendant 39: | discounttiffanyjewelry.us |
| Defendant 40: | doreplica.com |
| Defendant 41: | eshopping-replica.com |
| Defendant 42: | etiffanybag.com |
| Defendant 43: | europeantiffany.com |
| Defendant 44: | faketiffany.org |
| Defendant 45: | faketiffanyjewelry.org a/k/a goldtiffanyjewelry.com |
| Defendant 46: | fashionjewelryzone.com |
| Defendant 47: | fashion-wigs.com a/k/a tiffanybraceletscheap.com |
| Defendant 48: | forsaletiffany.com |
| Defendant 49: | globlefashion.com |
| Defendant 50: | goecshop.com |
| Defendant 51: | goldtiffanyjewelry.com |
| Defendant 52: | goolcool.com |

234923.1

| | | |
|---|---|---|
| 1 | Defendant 53: | greatgolden.com |
|   | Defendant 54: | handbagsforcheap.com |
| 2 | Defendant 55: | hot-tiffany.com |
|   | Defendant 56: | hotwholesaleonline.com |
| 3 | Defendant 57: | idolbags.com a/k/a rwholesalejewelry.com |
|   | Defendant 58: | ilikejewellery.com |
| 4 | Defendant 59: | ilovetiffany.net |
|   | Defendant 60: | istiffany.com |
| 5 | Defendant 61: | ixreplicajewelry.com |
|   | Defendant 62: | jewellery888.com |
| 6 | Defendant 63: | jewellerybi.com |
|   | Defendant 64: | jewelleryhotsale.com |
| 7 | Defendant 65: | jewelleryus.com |
|   | Defendant 66: | jewelry-925.com |
| 8 | Defendant 67: | jewelrycheapbuy.com |
|   | Defendant 68: | jewelrykt.com a/k/a tiffanyjewelrynet.com |
| 9 | Defendant 69: | jewelryorwatches.com a/k/a alltiffanyjewelry.com |
|   | Defendant 70: | jewelryover.com |
| 10 | Defendant 71: | jewelryrain.com |
|   | Defendant 72: | jewelrysale925.com |
| 11 | Defendant 73: | jwely.com |
|   | Defendant 74: | kfjewelry.com a/k/a tiffanyjewelrynet.com |
| 12 | Defendant 75: | kttop.com |
|   | Defendant 76: | linkworldco.com |
| 13 | Defendant 77: | lipwu.com |
|   | Defendant 78: | lovetiffanyjewelry.com |
| 14 | Defendant 79: | luckyjewelryshop.com |
|   | Defendant 80: | luxurysandals2u.com |
| 15 | Defendant 81: | lzsaler.net |
|   | Defendant 82: | mirrorjewelry.com |
| 16 | Defendant 83: | msmrapparel.com a/k/a tiffanyjewelrynet.com |
|   | Defendant 84: | myfaketiffany.com |
| 17 | Defendant 85: | mytiffanycity.com |
|   | Defendant 86: | mytiffanyonline.com |
| 18 | Defendant 87: | mytiffanysjewelry.com |
|   | Defendant 88: | mytiffanysonline.com |
| 19 | Defendant 89: | new925silverjewelry.com |
|   | Defendant 90: | newtiffany.com |
| 20 | Defendant 91: | newtiffanys.com a/k/a alltiffanyjewelry.com |
|   | Defendant 92: | ojewellry.com |
| 21 | Defendant 93: | onlytobuy.com |
|   | Defendant 94: | onsaletiffany.com |
| 22 | Defendant 95: | pocvt.com |
|   | Defendant 96: | populartiffany.com |
| 23 | Defendant 97: | pradashoeschina.com a/k/a pradashoechina.com |
|   | Defendant 98: | pursestrade.com |
| 24 | Defendant 99: | replicagalleryonline.com |
|   | Defendant 100: | replicasilverjewelry.com |
| 25 | Defendant 101: | replicasky.com |
|   | Defendant 102: | replicatiffany.net |
| 26 | Defendant 103: | saarcaa.com |
|   | Defendant 104: | saletiffanyjewelry.org a/k/a tiffanysalejewelry.com a/k/a 925silversale.com |
| 27 | Defendant 105: | sghgate.com |
|   | Defendant 106: | sheloves925silver.com |
| 28 | | |

234923.1

| | | |
|---|---|---|
| 1 | Defendant 107: | shoes51.com |
|   | Defendant 108: | silver-bulk.com |
| 2 | Defendant 109: | silverjewelryblog.net a/k/a silvertiffanyshop.com |
|   | Defendant 110: | silverjewelryworld.com |
| 3 | Defendant 111: | silverliker.com |
|   | Defendant 112: | silvertiffanyshop.com |
| 4 | Defendant 113: | silverurban.com |
|   | Defendant 114: | solid925silver.com |
| 5 | Defendant 115: | sterlingtiffany.com |
|   | Defendant 116: | super925.com |
| 6 | Defendant 117: | taltoo.com |
|   | Defendant 118: | tco1837.com |
| 7 | Defendant 119: | tcogift.com |
|   | Defendant 120: | thesalesky.com |
| 8 | Defendant 121: | tiffany4ever.com |
|   | Defendant 122: | tiffany4girls.com |
| 9 | Defendant 123: | tiffany4u.us |
|   | Defendant 124: | tiffany7.com |
| 10 | Defendant 125: | tiffanya.com |
|   | Defendant 126: | tiffanyamerica.com |
| 11 | Defendant 127: | tiffanyandcojewelry.com |
|   | Defendant 128: | tiffany-and-co-jewelry.com |
| 12 | Defendant 129: | tiffanyandcooutlet.com |
|   | Defendant 130: | tiffanyandco-outlet.com |
| 13 | Defendant 131: | tiffanyandcooutlet.org |
|   | Defendant 132: | tiffanyandcosale.com |
| 14 | Defendant 133: | tiffanyandcostore.com |
|   | Defendant 134: | tiffanyboss.com |
| 15 | Defendant 135: | tiffanybraceletscheap.com |
|   | Defendant 136: | tiffanybuying.com |
| 16 | Defendant 137: | tiffanyco1837.com |
|   | Defendant 138: | tiffanyco-mall.com a/k/a tiffanyco-mall.net |
| 17 | Defendant 139: | tiffanycouk.com |
|   | Defendant 140: | tiffanycow.com |
| 18 | Defendant 141: | tiffanycows.com |
|   | Defendant 142: | tiffany-fashion.com |
| 19 | Defendant 143: | tiffanyforsale.com |
|   | Defendant 144: | tiffanyforu.com |
| 20 | Defendant 145: | tiffany-guide.com |
|   | Defendant 146: | tiffanyhere.com |
| 21 | Defendant 147: | tiffanyhotsale.com |
|   | Defendant 148: | tiffanyinfo.com |
| 22 | Defendant 149: | tiffanyinlove.com |
|   | Defendant 150: | tiffanyjewelersuk.com |
| 23 | Defendant 151: | tiffany-jewellery-shop.com |
|   | Defendant 152: | tiffanyjewelry.co |
| 24 | Defendant 153: | tiffanyjewelry1837.com |
|   | Defendant 154: | tiffanyjewelry2011.com |
| 25 | Defendant 155: | tiffanyjewelry2u.com |
|   | Defendant 156: | tiffanyjewelry4sale.com |
| 26 | Defendant 157: | tiffanyjewelryauctions.com |
|   | Defendant 158: | tiffanyjewelryforsale.com |
| 27 | Defendant 159: | tiffanyjewelrygift.com |
|   | Defendant 160: | tiffanyjewelrynet.com |
| 28 | | |

3

234923.1

| | | |
|---|---|---|
| 1 | Defendant 161: | tiffany-jewelry-on-sale.com |
| | Defendant 162: | tiffanyjewelryonsale.org |
| 2 | Defendant 163: | tiffanyjewelryoutlet.com |
| | Defendant 164: | tiffanyjewelry-outlet.com |
| 3 | Defendant 165: | tiffanyjewelrysale.com |
| | Defendant 166: | tiffanyjewelrysales.com |
| 4 | Defendant 167: | tiffanyjewelryshops.com a/k/a tiffanyjewelrynet.com |
| | Defendant 168: | tiffanyjewelrystores.com |
| 5 | Defendant 169: | tiffanyjewelrystyle.com |
| | Defendant 170: | tiffanyknockoffs.com |
| 6 | Defendant 171: | tiffany-mine.com |
| | Defendant 172: | tiffanynew.com |
| 7 | Defendant 173: | tiffanyo.com |
| | Defendant 174: | tiffanyonlinestoreus.com |
| 8 | Defendant 175: | tiffanyonsale.net a/k/a ustiffany4sale.com |
| | Defendant 176: | tiffanyoutlet.com |
| 9 | Defendant 177: | tiffanyoutlet.org |
| | Defendant 178: | tiffanyoutletcheap.com |
| 10 | Defendant 179: | tiffanyoverstock.com |
| | Defendant 180: | tiffanys1837jewelry.com |
| 11 | Defendant 181: | tiffanysalesstore.com |
| | Defendant 182: | tiffanysave.com |
| 12 | Defendant 183: | tiffanyselected.com |
| | Defendant 184: | tiffany-seller.com |
| 13 | Defendant 185: | tiffanysforever.com |
| | Defendant 186: | tiffanysilversale.com |
| 14 | Defendant 187: | tiffanysjewelryonline.com |
| | Defendant 188: | tiffanysjewelryshop.com |
| 15 | Defendant 189: | tiffanysjewelryworld.com |
| | Defendant 190: | tiffanysky.com |
| 16 | Defendant 191: | tiffanysocool.com |
| | Defendant 192: | tiffanysonly.com |
| 17 | Defendant 193: | tiffany-sterling-silvers.com |
| | Defendant 194: | tiffanystock.com |
| 18 | Defendant 195: | tiffanystore.uk.com |
| | Defendant 196: | tiffanysupplier.com |
| 19 | Defendant 197: | tiffanytopsale.com |
| | Defendant 198: | tiffanyuksale.com |
| 20 | Defendant 199: | tiffanyusonsale.com |
| | Defendant 200: | tiffanywto.com |
| 21 | Defendant 201: | toopgood.com |
| | Defendant 202: | top1tiffany.com |
| 22 | Defendant 203: | towholesalejewelry.com |
| | Defendant 204: | uktiffanyonsale.com |
| 23 | Defendant 205: | upoun.com |
| | Defendant 206: | urbanclothingchina.com |
| 24 | Defendant 207: | usdesignerjewelry.com |
| | Defendant 208: | ustiffany4sale.com |
| 25 | Defendant 209: | utiffany.com |
| | Defendant 210: | vogueonsale.com |
| 26 | Defendant 211: | watches-trade.com |
| | Defendant 212: | wholesale1837.com |
| 27 | Defendant 213: | wholesaleabc.net |
| | Defendant 214: | wholesaleanywhere.com |
| 28 | | |

4

234923.1

| | | |
|---|---|---|
| Defendant 215: | wholesalecm.com | |
| Defendant 216: | wholesale-tiffany-jewellery.com | |
| Defendant 217: | wholesaletiffanyjewelry.net a/k/a tiffanyonlineus.com | |
| Defendant 218: | whslecn.com | |
| Defendant 219: | winlo.com | |
| Defendant 220: | wowyahoo.com | |
| Defendant 221: | x-jewelrybox.com | |
| Defendant 222: | yahoowholesaler.com | |
| Defendant 223: | yasajewelry.com a/k/a tiffanyjewelrynet.com | |

234923.1