David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail:  David.Kahn@wilsonelser.com
         J.Scott.Burris@wilsonelser.com
         Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice* pending)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:  stephen@smgpa.net

*Attorneys for Plaintiff TIFFANY (NJ), LLC.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC,<br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-1000,<br>    Defendants. | Case No.<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Plaintiff Tiffany (NJ), LLC ("Plaintiff" or "Tiffany"), will and hereby does apply, on an *ex parte* basis, for entry of a temporary restraining order and, upon expiration of the temporary restraining order, a preliminary injunction against Defendants, The Partnerships and Unincorporated Associations indentified on Schedule "A" hereto and Does 1-1000 (collectively Defendants") pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65.

///

///

234243.2

Good cause exists for the foregoing orders. As set forth in the accompanying Memorandum of Points and Authorities, the named Defendants and various unknown associates are promoting, selling, offering for sale and distributing counterfeit and infringing Tiffany branded products within this Judicial District through various fully interactive commercial Internet websites. The activities of Defendants constitute willful and intentional infringement and counterfeiting of Tiffany's trademarks in total disregard of Tiffany's rights, and have taken place in spite of Defendants' knowledge that their use of Tiffany's trademarks was and is in direct contravention of Tiffany's rights. Moreover, Defendants' registration of several domain names, which incorporate at least one of Tiffany's registered trademarks, constitutes cyberpiracy in violation of 15 U.S.C. § 1125(d). Defendants' unlawful activities have caused and will continue to cause irreparable injury to Tiffany.

This Application is brought on an *ex parte* basis pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rule 7-5. Temporary restraining orders are available on an *ex parte* basis when there is a threat of intervening irreparable harm before the preliminary injunction may be heard. Fed. R. Civ. P. 65(b); LR-7-5. As set forth in detail in the accompanying Memorandum of Points and Authorities and Declaration of Stephen M. Gaffigan ("Gaffigan Decl."), Plaintiff is seeking *ex parte* relief because if it proceeds on notice to Defendants of this *Ex Parte* Application prior to modifying control of the domain names at issue, Defendants can easily and quickly transfer the registrations for many of the domain names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief. (Gaffigan Decl. ¶ 4-7.) No stipulation can be obtained with these defendants under these circumstances. This Court should prevent an injustice from occurring by issuing an *ex parte* temporary restraining order which precludes Defendants from continuing to display their infringing content via the websites operating under the domain names at issue and which temporarily removes control over the websites from Defendants. Only such an order will prevent ongoing irreparable harm to Tiffany.

This Application is based upon the accompanying Memorandum of Points and Authorities and the Declarations of Stephen M. Gaffigan, Steven Costello, and Brandon Tanori, and exhibits

2

234243.2

thereto, filed concurrently herewith, and the complete files and records of this action, and such other matters as Tiffany may call to the Court's attention at or before the time of hearing.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Court grant its *ex parte* application and enter a temporary restraining order, and schedule a hearing on Plaintiff's Application for Preliminary Injunction before the expiration of the Temporary Restraining Order.

Dated: April 18th, 2011.   Respectfully submitted,

By: /s/ David S. Kahn
David S. Kahn
J. Scott Burris
Juan P. Rodriguez
WILSON, ELSER, MOSKOWITZ,
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 382-1414; FAX (702) 382-1413
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com

*Of Counsel:*

Stephen M. Gaffigan (*Pro Hac Vice* pending)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net
*Attorneys for Plaintiff TIFFANY (NJ), LLC.*

3

234243.2

## SCHEDULE A
## THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS

| | |
|---|---|
| Defendant 1: | 925ly.com |
| Defendant 2: | 925silverangel.com |
| Defendant 3: | 925silvershop.com |
| Defendant 4: | 925tiffany.com |
| Defendant 5: | 925tiffany.net |
| Defendant 6: | 925wholesaler.com |
| Defendant 7: | aliexpressuk.com |
| Defendant 8: | amytrade.com |
| Defendant 9: | atjewelry.com |
| Defendant 10: | atopsilver.com |
| Defendant 11: | australiatiffanystore.com |
| Defendant 12: | autiffany4sale.com |
| Defendant 13: | b2bvogue.com |
| Defendant 14: | bestbuytiffany.com |
| Defendant 15: | better-tiffany.com |
| Defendant 16: | beyeshop.com |
| Defendant 17: | brandtiffany.com |
| Defendant 18: | buy-tiffanyjewelry.com |
| Defendant 19: | bybybuy.com |
| Defendant 20: | canadatiffanystore.com |
| Defendant 21: | cartiereshop.com |
| Defendant 22: | casualtiffany.com |
| Defendant 23: | cheapchinawholesale.org |
| Defendant 24: | cheapdesignerwholesale.com |
| Defendant 25: | cheaptiffanyjewelry.com a/k/a tiffanysales.org a/k/a 925silversale.com |
| Defendant 26: | cheaptiffanys.com |
| Defendant 27: | chinafamousproducts.com |
| Defendant 28: | chinawholesalejewelry.com |
| Defendant 29: | cityjewels.net |
| Defendant 30: | coachjewelry.com |
| Defendant 31: | coboen.com |
| Defendant 32: | colorstrends.com |
| Defendant 33: | cooltiffany.com |
| Defendant 34: | crowntco925.com |
| Defendant 35: | designerjewerly.net |
| Defendant 36: | designertiffanyjewelry.org a/k/a alltiffanyjewelry.com |
| Defendant 37: | diorgirl.com a/k/a tiffanyandcostore.com |
| Defendant 38: | discountiffany.com |
| Defendant 39: | discounttiffanyjewelry.us |
| Defendant 40: | doreplica.com |
| Defendant 41: | eshopping-replica.com |
| Defendant 42: | etiffanybag.com |
| Defendant 43: | europeantiffany.com |
| Defendant 44: | faketiffany.org |
| Defendant 45: | faketiffanyjewelry.org a/k/a goldtiffanyjewelry.com |
| Defendant 46: | fashionjewelryzone.com |
| Defendant 47: | fashion-wigs.com a/k/a tiffanybraceletscheap.com |
| Defendant 48: | forsaletiffany.com |
| Defendant 49: | globlefashion.com |
| Defendant 50: | goecshop.com |

4

234243.2

| | | |
|---|---|---|
| 1 | Defendant 51: | goldtiffanyjewelry.com |
| | Defendant 52: | goolcool.com |
| 2 | Defendant 53: | greatgolden.com |
| | Defendant 54: | handbagsforcheap.com |
| 3 | Defendant 55: | hot-tiffany.com |
| | Defendant 56: | hotwholesaleonline.com |
| 4 | Defendant 57: | idolbags.com a/k/a rwholesalejewelry.com |
| | Defendant 58: | ilikejewellery.com |
| 5 | Defendant 59: | ilovetiffany.net |
| | Defendant 60: | istiffany.com |
| 6 | Defendant 61: | ixreplicajewelry.com |
| | Defendant 62: | jewellery888.com |
| 7 | Defendant 63: | jewellerybi.com |
| | Defendant 64: | jewelleryhotsale.com |
| 8 | Defendant 65: | jewelleryus.com |
| | Defendant 66: | jewelry-925.com |
| 9 | Defendant 67: | jewelrycheapbuy.com |
| | Defendant 68: | jewelrykt.com a/k/a tiffanyjewelrynet.com |
| 10 | Defendant 69: | jewelryorwatches.com a/k/a alltiffanyjewelry.com |
| | Defendant 70: | jewelryover.com |
| 11 | Defendant 71: | jewelryrain.com |
| | Defendant 72: | jewelrysale925.com |
| 12 | Defendant 73: | jwely.com |
| | Defendant 74: | kfjewelry.com a/k/a tiffanyjewelrynet.com |
| 13 | Defendant 75: | kttop.com |
| | Defendant 76: | linkworldco.com |
| 14 | Defendant 77: | lipwu.com |
| | Defendant 78: | lovetiffanyjewelry.com |
| 15 | Defendant 79: | luckyjewelryshop.com |
| | Defendant 80: | luxurysandals2u.com |
| 16 | Defendant 81: | lzsaler.net |
| | Defendant 82: | mirrorjewelry.com |
| 17 | Defendant 83: | msmrapparel.com a/k/a tiffanyjewelrynet.com |
| | Defendant 84: | myfaketiffany.com |
| 18 | Defendant 85: | mytiffanycity.com |
| | Defendant 86: | mytiffanyonline.com |
| 19 | Defendant 87: | mytiffanysjewelry.com |
| | Defendant 88: | mytiffanysonline.com |
| 20 | Defendant 89: | new925silverjewelry.com |
| | Defendant 90: | newtiffany.com |
| 21 | Defendant 91: | newtiffanys.com a/k/a alltiffanyjewelry.com |
| | Defendant 92: | ojewellry.com |
| 22 | Defendant 93: | onlytobuy.com |
| | Defendant 94: | onsaletiffany.com |
| 23 | Defendant 95: | pocvt.com |
| | Defendant 96: | populartiffany.com |
| 24 | Defendant 97: | pradashoeschina.com a/k/a pradashoechina.com |
| | Defendant 98: | pursestrade.com |
| 25 | Defendant 99: | replicagalleryonline.com |
| | Defendant 100: | replicasilverjewelry.com |
| 26 | Defendant 101: | replicasky.com |
| | Defendant 102: | replicatiffany.net |
| 27 | Defendant 103: | saarcaa.com |
| | Defendant 104: | saletiffanyjewelry.org a/k/a tiffanysalejewelry.com a/k/a 925silversale.com |
| 28 | | |

234243.2

| | | |
|---|---|---|
| | Defendant 105: | sghgate.com |
| | Defendant 106: | sheloves925silver.com |
| | Defendant 107: | shoes51.com |
| | Defendant 108: | silver-bulk.com |
| | Defendant 109: | silverjewelryblog.net a/k/a silvertiffanyshop.com |
| | Defendant 110: | silverjewelryworld.com |
| | Defendant 111: | silverliker.com |
| | Defendant 112: | silvertiffanyshop.com |
| | Defendant 113: | silverurban.com |
| | Defendant 114: | solid925silver.com |
| | Defendant 115: | sterlingtiffany.com |
| | Defendant 116: | super925.com |
| | Defendant 117: | taltoo.com |
| | Defendant 118: | tco1837.com |
| | Defendant 119: | tcogift.com |
| | Defendant 120: | thesalesky.com |
| | Defendant 121: | tiffany4ever.com |
| | Defendant 122: | tiffany4girls.com |
| | Defendant 123: | tiffany4u.us |
| | Defendant 124: | tiffany7.com |
| | Defendant 125: | tiffanya.com |
| | Defendant 126: | tiffanyamerica.com |
| | Defendant 127: | tiffanyandcojewelry.com |
| | Defendant 128: | tiffany-and-co-jewelry.com |
| | Defendant 129: | tiffanyandcooutlet.com |
| | Defendant 130: | tiffanyandco-outlet.com |
| | Defendant 131: | tiffanyandcooutlet.org |
| | Defendant 132: | tiffanyandcosale.com |
| | Defendant 133: | tiffanyandcostore.com |
| | Defendant 134: | tiffanyboss.com |
| | Defendant 135: | tiffanybraceletscheap.com |
| | Defendant 136: | tiffanybuying.com |
| | Defendant 137: | tiffanyco1837.com |
| | Defendant 138: | tiffanyco-mall.com a/k/a tiffanyco-mall.net |
| | Defendant 139: | tiffanycouk.com |
| | Defendant 140: | tiffanycow.com |
| | Defendant 141: | tiffanycows.com |
| | Defendant 142: | tiffany-fashion.com |
| | Defendant 143: | tiffanyforsale.com |
| | Defendant 144: | tiffanyforu.com |
| | Defendant 145: | tiffany-guide.com |
| | Defendant 146: | tiffanyhere.com |
| | Defendant 147: | tiffanyhotsale.com |
| | Defendant 148: | tiffanyinfo.com |
| | Defendant 149: | tiffanyinlove.com |
| | Defendant 150: | tiffanyjewelersuk.com |
| | Defendant 151: | tiffany-jewellery-shop.com |
| | Defendant 152: | tiffanyjewelry.co |
| | Defendant 153: | tiffanyjewelry1837.com |
| | Defendant 154: | tiffanyjewelry2011.com |
| | Defendant 155: | tiffanyjewelry2u.com |
| | Defendant 156: | tiffanyjewelry4sale.com |
| | Defendant 157: | tiffanyjewelryauctions.com |
| | Defendant 158: | tiffanyjewelryforsale.com |

234243.2

| | | |
|---|---|---|
| 1 | Defendant 159: | tiffanyjewelrygift.com |
| | Defendant 160: | tiffanyjewelrynet.com |
| 2 | Defendant 161: | tiffany-jewelry-on-sale.com |
| | Defendant 162: | tiffanyjewelryonsale.org |
| 3 | Defendant 163: | tiffanyjewelryoutlet.com |
| | Defendant 164: | tiffanyjewelry-outlet.com |
| 4 | Defendant 165: | tiffanyjewelrysale.com |
| | Defendant 166: | tiffanyjewelrysales.com |
| 5 | Defendant 167: | tiffanyjewelryshops.com a/k/a tiffanyjewelrynet.com |
| | Defendant 168: | tiffanyjewelrystores.com |
| 6 | Defendant 169: | tiffanyjewelrystyle.com |
| | Defendant 170: | tiffanyknockoffs.com |
| 7 | Defendant 171: | tiffany-mine.com |
| | Defendant 172: | tiffanynew.com |
| 8 | Defendant 173: | tiffanyo.com |
| | Defendant 174: | tiffanyonlinestoreus.com |
| 9 | Defendant 175: | tiffanyonsale.net a/k/a ustiffany4sale.com |
| | Defendant 176: | tiffanyoutlet.com |
| 10 | Defendant 177: | tiffanyoutlet.org |
| | Defendant 178: | tiffanyoutletcheap.com |
| 11 | Defendant 179: | tiffanyoverstock.com |
| | Defendant 180: | tiffanys1837jewelry.com |
| 12 | Defendant 181: | tiffanysalesstore.com |
| | Defendant 182: | tiffanysave.com |
| 13 | Defendant 183: | tiffanyselected.com |
| | Defendant 184: | tiffany-seller.com |
| 14 | Defendant 185: | tiffanysforever.com |
| | Defendant 186: | tiffanysilversale.com |
| 15 | Defendant 187: | tiffanysjewelryonline.com |
| | Defendant 188: | tiffanysjewelryshop.com |
| 16 | Defendant 189: | tiffanysjewelryworld.com |
| | Defendant 190: | tiffanysky.com |
| 17 | Defendant 191: | tiffanysocool.com |
| | Defendant 192: | tiffanysonly.com |
| 18 | Defendant 193: | tiffany-sterling-silvers.com |
| | Defendant 194: | tiffanystock.com |
| 19 | Defendant 195: | tiffanystore.uk.com |
| | Defendant 196: | tiffanysupplier.com |
| 20 | Defendant 197: | tiffanytopsale.com |
| | Defendant 198: | tiffanyuksale.com |
| 21 | Defendant 199: | tiffanyusonsale.com |
| | Defendant 200: | tiffanywto.com |
| 22 | Defendant 201: | toopgood.com |
| | Defendant 202: | top1tiffany.com |
| 23 | Defendant 203: | towholesalejewelry.com |
| | Defendant 204: | uktiffanyonsale.com |
| 24 | Defendant 205: | upoun.com |
| | Defendant 206: | urbanclothingchina.com |
| 25 | Defendant 207: | usdesignerjewelry.com |
| | Defendant 208: | ustiffany4sale.com |
| 26 | Defendant 209: | utiffany.com |
| | Defendant 210: | vogueonsale.com |
| 27 | Defendant 211: | watches-trade.com |
| | Defendant 212: | wholesale1837.com |
| 28 | | |

234243.2

| | |
|---|---|
| Defendant 213: | wholesaleabc.net |
| Defendant 214: | wholesaleanywhere.com |
| Defendant 215: | wholesalecm.com |
| Defendant 216: | wholesale-tiffany-jewellery.com |
| Defendant 217: | wholesaletiffanyjewelry.net a/k/a tiffanyonlineus.com |
| Defendant 218: | whslecn.com |
| Defendant 219: | winlo.com |
| Defendant 220: | wowyahoo.com |
| Defendant 221: | x-jewelrybox.com |
| Defendant 222: | yahoowholesaler.com |
| Defendant 223: | yasajewelry.com a/k/a tiffanyjewelrynet.com |

234243.2