UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIFFANY (NJ), LLC,

    Plaintiff,

v.

925LY.COM, et al.,

    Defendants.

2:11-cv-0590-LDG-GWF

**ORDER**

Plaintiff Tiffany (NJ), LLC ("Tiffany") filed this action against various unknown business entities who operate websites that advertise and sell counterfeit jewelry allegedly bearing Tiffany's registered trademarks (#1). A number of these entities also incorporate "Tiffany" into their website domain names. Tiffany has now filed an ex parte motion for a temporary restraining order against all defendants (#5). Tiffany, however, has not sufficiently addressed the propriety of certain aspects of its requested relief. Accordingly,

THE COURT HEREBY ORDERS that a hearing shall be conducted on Friday, May 6, 2011, at 9:00 am, at the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., S., Las Vegas, Nevada, 89101. Among other issues, counsel should come prepared to address this court's personal jurisdiction over the unknown business entities and the propriety of issuing ex parte relief against entities that do not use Tiffany's marks in their domain names and sell a variety of goods other than those that allegedly infringe on Tiffany's marks.

DATED this 28 day of April, 2011.

Lloyd D. George
United States District Judge