David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com
        Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff Tiffany (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC, <br><br> Plaintiff, <br><br> v. <br><br> 925LY.COM, et al., <br><br> Defendants. | Case 2:11-cv-00590-LDG-GWF <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS** |

Plaintiff Tiffany (NJ), LLC, hereby gives notice of its voluntary dismissal, without prejudice, of the following Defendants:

      Defendant 2:    925silverangel.com

      Defendant 8:    amytrade.com

      Defendant 23:   cheapchinawholesale.org

1

| | |
|---|---|
| Defendant 32: | colorstrends.com |
| Defendant 65: | jewelleryus.com |
| Defendant 81: | lzsaler.net |
| Defendant 94: | onsaletiffany.com |
| Defendant 105: | sghgate.com |
| Defendant 111: | silverliker.com |
| Defendant 140: | tiffanycow.com |
| Defendant 141: | tiffanycows.com |
| Defendant 152: | tiffanyjewelry.co |
| Defendant 154: | tiffanyjewelry2011.com |
| Defendant 162: | tiffanyjewelryonsale.org |
| Defendant 165: | tiffanyjewelrysale.com |
| Defendant 169: | tiffanyjewelrystyle.com |
| Defendant 177: | tiffanyoutlet.org |
| Defendant 186: | tiffanysilversale.com |

DATED: May 6, 2011

Respectfully submitted,

By: /s/ J. Scott Burris
David S. Kahn
J. Scott Burris
Juan P. Rodriguez
WILSON, ELSER, MOSKOWITZ,
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com

*Of Counsel:*
Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

ORDER

IT IS SO ORDERED.

DATED this 9 day of May, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS
Case 2:11-cv-00590-LDG-GWF