David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
       J.Scott.Burris@wilsonelser.com
       Juan.Rodriguez@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff TIFFANY (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC,<br><br>    Plaintiff,<br><br>v.<br><br>925LY.COM, *et al.*,<br><br>    Defendants. | Case No. 2:11-cv-00590-LDG-CWH<br><br>**ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

THIS CAUSE is before the Court on Plaintiff's Second *Ex Parte* Application For Entry of a Temporary Restraining Order and Preliminary Injunction (the "Second Application for TRO"). Plaintiff, Tiffany (NJ), LLC ("Plaintiff" or "Tiffany"), moves *ex parte,* for entry of a temporary restraining order, and, upon expiration of the temporary restraining order, a preliminary injunction

1

against Defendants 224 – 389, The Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively the "Group III Defendants"), pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65 for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a) and (d).

For reasons set forth herein, Plaintiff's Second Application for TRO is GRANTED.

## I.   Factual Background

The Court bases this Second Temporary Restraining Order on the following facts from Plaintiff's Complaint, First Amended Complaint, Second Application for TRO, and supporting evidentiary submissions.

Tiffany is a Delaware limited liability company with its principal place of business in the United States located at 15 Sylvan Way, Parsippany, NJ 07054. (First Am. Compl. ¶ 3.) Tiffany is engaged in the manufacture, promotion, distribution, and sale in interstate commerce, including within this Judicial District, of high quality products under Tiffany's trademarks. (Declaration of Steven Costello in Support of Plaintiff's *Ex Parte* Second Application for TRO ["Costello Decl."] ¶ 5.)

Tiffany is, and at all times relevant hereto has been, the owner and/or exclusive licensee of all rights in and to the following trademarks:

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| TIFFANY & CO | 0,023,573 | September 5, 1893 | IC 014 - jewelry and watches. |
| Tiffany | 0,133,063 | July 6, 1920 | IC 014 - jewelry for personal wear, not including watches. |
| TIFFANY & CO. | 1,228,189 | February 22, 1983 | IC 014 – jewelry. |
| TIFFANY | 1,228,409 | February 22, 1983 | IC 014 – jewelry. |
| TIFFANY & CO. | 1,283,306 | June 26, 1984 | IC 014 - clothing accessories-namely, money clips, cufflinks, key holders, all made of or plated with precious or semi-precious metals. |
| ATLAS | 1,605,467 | July 10, 1990 | IC 014 - watches and clocks. |

2

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| T & CO. | 1,669,365 | December 24, 1991 | IC 014 - all types of jewelry made of, or in part of, precious metals and/or with precious or semi-precious stones. |
| (design) | 1,785,204 | August 3, 1993 | IC 014 - jewelry; namely, pins, pierced earrings, ear clips, bracelets, necklaces, and rings. |
| PERETTI | 1,787,861 | August 17, 1993 | IC 014 - jewelry; namely, earrings, necklaces, pendants, brooches, bracelets and rings made of precious metals; accessories made of precious metals; namely, key rings, and money clips. |
| ELSA PERETTI | 1,799,272 | October 19, 1993 | IC 014 - jewelry; namely, earrings, necklaces, pendants, brooches, bracelets and rings made of variety of materials including precious metals, accessories made of precious metals; namely, key rings, and money clips. |
| (design) | 1,804,353 | November 16, 1993 | IC 014 - jewelry; namely, earrings, necklaces, bracelets, pendants, cufflinks, and rings. |
| TIFFANY & CO. | 1,968,614 | April 16, 1996 | IC 014 - all types of timepieces, including especially watches. |
| (design) | 2,184,128 | August 25, 1998 | IC 014 – jewelry and watches; clothing accessories made of precious or semi-precious metals, namely, money clips, cufflinks, and key rings.<br><br>IC 021 – boxes. |
| (design) | 2,359,351 | June 20, 2000 | IC 014 - jewelry; watches; clothing accessories made of precious metals and their alloys, namely, money clips, cufflinks, and key rings.<br><br>IC 021 - decorative boxes. |
| TIFFANY | 2,639,539 | October 22, 2002 | IC 014 – watches. |
| ATLAS | 2,886,655 | September 21, 2004 | IC 014 - jewelry; rings; bracelets; earrings; necklaces; pendants; cuff-links; and precious metal money clips. |

(the "Tiffany Marks") which are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Costello Decl. ¶ 4; *see also* United States Trademark Registrations of the Tiffany Marks at issue ["Tiffany Trademark Registrations"] attached as Exhibit A to the Declaration of Steven Costello In Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order dated April 12, 2011 (D.E. 5-2 and 5-3), incorporated herein by reference).

The Group III Defendants have advertised, offered for sale, and/or sold at least jewelry, including bracelets, necklaces, pendants, earrings and rings, cufflinks, money clips, key holders, watches, and gift boxes, bearing what Plaintiff has determined to be counterfeits, reproductions, and/or colorable imitations of the Tiffany Marks. Although each of the Group III Defendants may not copy and infringe each Tiffany Mark for each category of goods protected, Tiffany has submitted sufficient evidence showing each Group III Defendant has infringed at least one or more of the Tiffany Marks. (Costello Decl. ¶¶ 11-15; Declaration of Danilo Marquez in Support of Plaintiff's Second *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Marquez Decl."] ¶ 4.) The Group III Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, and/or colorable imitations of the Tiffany Marks. (Costello Decl. ¶ 9.)

Plaintiff's counsel retained Danilo Marquez ("Marquez") of Investigative Consultants to investigate suspected sales of counterfeit Tiffany branded products by the Group III Defendants. (Costello Decl. ¶ 10; Marquez Decl. ¶ 3.) Between June 21, 2011 and June 27, 2011, Marquez accessed the Internet websites operating under the domain names tiffanyreplica-outlet.com, tiffany-replicas.com, tiffanyco-outlet.com, tiffany-accessories.com, and tiffanyjewellryoutlet.com, placed orders for the purchase of two Tiffany branded key holders, a Tiffany branded bracelet, and two Tiffany branded pendants, and requested each product purchased be shipped to his address in Las Vegas, Nevada. (Marquez Decl. ¶ 4 and Composite Exhibit A attached thereto.) Marquez's purchases were processed entirely online, which included providing shipping and billing

information, payment, and confirmation of his orders. (Marquez Decl. ¶ 4 and Composite Exhibit A attached thereto.)

Thereafter, a representative of Tiffany, Steven Costello, reviewed and visually inspected the web page listings, including images, for each of the Tiffany branded goods purchased by Marquez and determined the items were non-genuine Tiffany products. (Costello Decl. ¶¶ 11, 12, 15.) Additionally, Costello reviewed and visually inspected the items bearing the Tiffany Marks offered for sale via the Internet websites operating under the partnership and/or unincorporated association names identified on Schedule "A" hereto (the "Group III Subject Domain Names") and determined the products were non-genuine Tiffany products. (Costello Decl. ¶ 13 and Composite Exhibit A attached thereto, relevant web page captures from the Group III Defendants' Internet websites operating under the Group III Subject Domain Names displaying the Tiffany branded items offered for sale.)

## II. Conclusions of Law

The declarations Plaintiff submitted in support of its Second Application for TRO support the following conclusions of law:

A. Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by the Group III Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of jewelry, including bracelets, necklaces, pendants, earrings and rings, cufflinks, money clips, key holders, watches, and gift boxes bearing counterfeits, reproductions, and/or colorable imitations of the Tiffany Marks, and that the products the Group III Defendants are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable from and/or colorful imitations of the Tiffany Marks on jewelry, including bracelets, necklaces, pendants, earrings and rings, cufflinks, money clips, key holders, watches, and gift boxes.

B. Because of the infringement of the Tiffany Marks, Plaintiff is likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's First Amended Complaint, Plaintiff's Second Application for TRO, and accompanying declarations on file, that immediate and irreparable

loss, damage, and injury will result to Plaintiff and to consumers before the Group III Defendants can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

    1.    The Group III Defendants own or control Internet business operations which advertise, promote, offer for sale, and sell, at least, jewelry, including bracelets, necklaces, pendants, earrings and rings, cufflinks, money clips, key holders, watches, and gift boxes bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

    2.    There is good cause to believe that more counterfeit and infringing jewelry, including bracelets, necklaces, pendants, earrings and rings, cufflinks, money clips, key holders, watches, and gift boxes bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

    3.    There is good cause to believe that if Plaintiff proceeds with normal advance notice to the Group III Defendants on this Second Application for TRO, the Group III Defendants can easily and quickly transfer the registrations for many of the Group III Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

    4.    The balance of potential harm to the Group III Defendants in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality jewelry, including bracelets, necklaces, pendants, earrings and rings, cufflinks, money clips, key holders, watches, and gift boxes, if such relief is not issued; and

    5.    The public interest favors issuance of a temporary restraining order in order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of the Plaintiff.

Upon review of Plaintiff's First Amended Complaint, Second Application for TRO, and supporting evidentiary submissions, it is hereby

ORDERED that Plaintiff's Second Application for TRO is GRANTED, according to the terms set forth below:

**SECOND TEMPORARY RESTRAINING ORDER**

(1)  The Group III Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Group III Defendants having notice of this Second Temporary Restraining Order are hereby temporarily restrained:

    (a)  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Tiffany Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

    (b)  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Tiffany Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Tiffany Marks, or any confusingly similar trademarks.

(2)  The Group III Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Group III Defendants having notice of this Second Temporary Restraining Order shall immediately discontinue the use of the Tiffany Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Group III Subject Domain Names;

(3)  The Group III Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Group III Defendants having notice of this Second Temporary Restraining Order shall immediately discontinue the use of the Tiffany Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any

web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Group III Defendants, including the Internet websites operating under the Group III Subject Domain Names;

(4) The Group III Defendants shall not transfer ownership of the Group III Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5) The domain name Registrars for the Group III Subject Domain Names are directed to lock the Group III Subject Domain Names and deliver to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group III Subject Domain Names;

(6) Upon entry of this Order, Plaintiff shall provide a copy of the Order by email to the registrar of record for each of the Group III Subject Domain Names, so that the registrar of record of each of the Group III Subject Domain Names may, in turn, notify each registrant of the Order and provide notice of the locking of the domain name to the registrant of record. After providing such notice to the registrars so the domain names may be locked, Plaintiff shall also provide notice and a copy of this Order to the registrant of each Group III Subject Domain Name via email to the email address provided as part of the domain registration data for each of the Group III Subject Domain Names identified in Composite Exhibit B to the Declaration of Stephen M. Gaffigan in Support of the Second Application for TRO. After forty-eight (48) hours have elapsed after provision of this Order to the registrars of record and the registrants, Plaintiff shall provide a copy of this Order to the registries for the Group III Subject Domain Names for the purposes described in Paragraph 7 *infra*.

(7) The top-level domain (TLD) Registries for the Group III Subject Domain Names, within ten (10) days of receipt of this Second Temporary Restraining Order shall change the registrar of record for the Group III Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by the Plaintiff have been or will be dismissed from this action, to a holding account with the United States based Registrar, GoDaddy.com, Inc. Upon transfer of the Group III Subject Domain Names into the holding account, GoDaddy.com, Inc. will hold the Group III Subject Domain Names in trust for the Court during the pendency of this action.

Additionally, GoDaddy.com, Inc. shall immediately update the Domain Name System ("DNS") data it maintains for the Group III Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint, First Amended Complaint, Summonses, Second Temporary Restraining Order, and all other documents on file in this action are displayed. Alternatively, GoDaddy.com, Inc. may institute a domain name forwarding which will automatically redirect any visitor to the Group III Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/off/index.html whereon copies of the Complaint, First Amended Complaint, Summonses, Second Temporary Restraining Order, and other documents on file in this action are displayed. After GoDaddy.com, Inc. has effected this change the Group III Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the registrar or the Group III Defendants;

  (8) Plaintiff may enter the Group III Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by the Group III Defendants which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Second Temporary Restraining Order;

  (9) The Group III Defendants shall preserve copies of all their computer files relating to the use of any of the Group III Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Group III Subject Domain Names and that may have been deleted before the entry of this Second Temporary Restraining Order;

  (10) This Second Temporary Restraining Order shall remain in effect until the date for the hearing on the Second Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

  (11) This Second Temporary Restraining Order shall apply to the Group III Subject Domain Names and any other domain names properly brought to the Court's attention by affidavit which verifies such new domain names are being used by the Group III Defendants for the purpose

of counterfeiting the Tiffany Marks at issue in this action and/or unfairly competing with Tiffany in connection with search engine results pages;

### BOND TO BE POSTED

(12)    Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain the bond previously posted in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), as payment of damages to which the Group III Defendants may be entitled for a wrongful injunction or restraint.

### PRELIMINARY INJUNCTION

(13)    A hearing is set before this Court in the United States Courthouse located 333 Las Vegas Blvd. So., Las Vegas, Nevada, Courtroom 6B, on Tuesday, October 11, 2011, at 11:00 a.m., or at such other time that this Court deems appropriate, on Plaintiff's Motion for a Second Preliminary Injunction restraining the Group III Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with the Group III Defendants from engaging in the activities that are subject of the above Second Temporary Restraining Order;

(14)    Plaintiff shall serve copies of the Second Application for TRO and this Second Temporary Restraining Order and all other pleadings and documents on file in this action on all the Group III Defendants by email as described above and by posting copies of the Second Application for TRO and this Second Temporary Restraining Order on the website located at http://servingnotice.com/off/index.html within forty-eight (48) hours of the Group III Subject Domain Names being transferred to the GoDaddy.com, Inc. holding account, and such notice so given shall be deemed good and sufficient service thereof. Any response or opposition to Plaintiff's Second Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel prior to the hearing set for October 11, 2011, and filed with the Court, along with Proof of Service, on October 5, 2011. Plaintiff shall file any Reply Memorandum on or before October 7, 2011. The above dates may be revised upon stipulation by all parties and approval of this Court. The Group III Defendants are hereby on notice that failure to appear at the hearing

1 | may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. §
2 | 1116(d) and Fed. R. Civ. P. 65.
3 | IT IS SO ORDERED.
  | DATED: 27 Sept 2011
4 |
  | _____
  | LLOYD D. GEORGE
5 | United States District Judge

ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

0.iffany v 925ly com

# SCHEDULE A
## GROUP III DEFENDANTS BY SUBJECT DOMAIN NAME AND DEFENDANT NUMBER

| Defendant No. | Domain Name | E-commerce Website | Blog Style Websites |
|---|---|---|---|
| Defendant 224 | 1837fashion.com | X | |
| Defendant 225 | 21replica.org | X | |
| Defendant 226 | 21tiffany.com | X | |
| Defendant 227 | tiffany100.com | X | |
| | 3girls2cents1blog.com | | X |
| | buttercantfly.com | | X |
| | byloridesigns.com | | X |
| | gossipgirlcentral.net | | X |
| | graphicaddiction.net | | X |
| | hamann-studio.com | | X |
| | idiosympathy.com | | X |
| | jonilynphotographyblog.com | | X |
| | loveandletlove.org | | X |
| | mattiasostmar.com | | X |
| | memusicing.com | | X |
| | mianetic.net | | X |
| | minethemovieblog.com | | X |
| | mp3skylines.com | | X |
| | nuttinbutpimp.com | | X |
| | openprojectdatabase.org | | X |
| | rck2.com | | X |
| | rss-aggregator-de.net | | X |
| | sangreboliviana.com | | X |
| | saveoneitmatters.com | | X |
| | shapeswithoutsubstance.com | | X |
| | sharpimagedesigns.net | | X |
| | tellensplacedesigns.com | | X |
| | thebizzmusic.com | | X |
| | voteforanswersnh.com | | X |
| | wiiwashere.com | | X |
| | woprosow.net | | X |

| | | | |
|---|---|---|---|
| Defendant 228 | 925jewelryshop.net | X | |
| | 925silverjewellery.org | X | |
| | jewelrysale4u.com | X | |
| | royal925.org | X | |
| Defendant 229 | 925silverdiscount.com | X | |
| Defendant 230 | newtiffany1837.com | X | |
| | tiffany-collections.com | X | |
| | 925tiffanyjewelry.com | | X |
| Defendant 231 | atwholesalestore.com | X | |
| Defendant 232 | australiatiffanyjewellery.com | X | |
| Defendant 233 | bestiffanyjewelry.com | X | |
| Defendant 234 | bodyjewelrysstore.com | X | |
| Defendant 235 | buytiffanystore.com | X | |
| | tiffanystoreonsale.com | X | |
| Defendant 236 | canadatiffanyjewellery.com | X | |
| Defendant 237 | cartierbraceletsok.com | X | |
| | chanelearringsok.com | X | |
| | cheap-juicy-bracelet.com | X | |
| | thomassabocharmsok.com | X | |
| | tiffanynecklaceok.com | X | |
| Defendant 238 | cheapertiffany.com | X | |
| Defendant 239 | cheapertiffanyjewellery.com | X | |
| | tiffanyjewelleryok.com | X | |
| Defendant 240 | cheaphandbags.cc | X | |
| | salecheapestbags.com | X | |
| Defendant 241 | cheaphandbagsbiz.com | X | |
| Defendant 242 | cheap-silver.com | X | |
| Defendant 243 | cheaptfjewelry.com | X | |
| Defendant 244 | cheaptiffanyoutlet.com | X | |
| Defendant 245 | cheaptiffanystore.com | X | |
| Defendant 246 | cheaptiffanyuk.com | X | |
| | cheaptiffanyukshop.com | X | |
| Defendant 247 | classictiffanymarket.com | X | |
| Defendant 248 | classictiffanysale.com | X | |

| | | | |
|---|---|---|---|
| Defendant 249 | classictiffanyshop.com | X | |
| Defendant 250 | cndesignerbags.com | X | |
| Defendant 251 | coachhandbagsreplica.com | X | |
| Defendant 252 | cocorigo.com | X | |
| Defendant 253 | designerjewelryok.com | X | |
| Defendant 254 | designer-replica-watch.com | X | |
| | replica-supplier.com | X | |
| Defendant 255 | discount-tiffanyjewelry.com | X | |
| Defendant 256 | discounttiffanyjewelry.net | X | |
| Defendant 257 | discount-wholesalejewelry.com | X | |
| | toptiffanysales.com | X | |
| | wholesale-cheapjewelry.com | X | |
| | wholesale-cheap-jewelry.com | X | |
| | tiffanyfor.info | | X |
| Defendant 258 | emmsale.com | X | |
| Defendant 259 | e-tiffanyandco.com | X | |
| Defendant 260 | fashioncheapjewelry.com | X | |
| Defendant 261 | fashiontiffany.org | X | |
| Defendant 262 | generaljewellery.com | X | |
| | lndp.info | | X |
| Defendant 263 | googlejerseysshop.net | X | |
| | googlejerseys.us | X | |
| Defendant 264 | gzcheap.net | X | |
| | exporter-trade.biz | X | |
| Defendant 265 | hiyeahmall.com | X | |
| | tiffanydiscounted.com | X | |
| Defendant 266 | hotehandbags.com | X | |
| Defendant 267 | ibuydesignerbags.com | X | |
| | ibuydesignerjewelry.com | X | |
| | ibuydesignerwatches.com | X | |
| | toptiffanysaleuk.com | X | |
| Defendant 268 | itiffanyonsale.com | X | |
| Defendant 269 | tiffanyjewelry.name | X | |
| | uktiffanyline.com | X | |
| | jeweleryguideblog.com | | X |

14

ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

0.iffany v 925ly com

|  |  |  |  |
|---|---|---|---|
|  | jeweleryguides.com |  | X |
| Defendant 270 | jeweleryoutlet.org | X |  |
| Defendant 271 | jewelleryonlineoutlet.com | X |  |
|  | tiffanyoutlet2011.net | X |  |
| Defendant 272 | jewelry75.com | X |  |
|  | stylejewelry4u.org | X |  |
| Defendant 273 | jewelryoftiffany.com | X |  |
| Defendant 274 | jewelrywholesalejewellery.com | X |  |
| Defendant 275 | jewelry-wholesale-supply.com | X |  |
| Defendant 276 | keepsupply.com | X |  |
| Defendant 277 | latest-jewelry.com | X |  |
| Defendant 278 | lovetiffany1837.com | X |  |
| Defendant 279 | lovetiffanys.com | X |  |
| Defendant 280 | lzsaler.org | X |  |
| Defendant 281 | mac4cosmetics.com | X |  |
|  | maccosmeticsroom.com | X |  |
| Defendant 282 | malltiffany.com | X |  |
| Defendant 283 | mydearbag.com | X |  |
| Defendant 284 | mygoodreplica.com | X |  |
| Defendant 285 | toptiffanyuk.com | X |  |
|  | tiffanysjewelryuk.com | X |  |
|  | mytiffany.net |  | X |
|  | pearltiffany.org |  | X |
|  | tifanyfree.info |  | X |
|  | tifanyrealse.info |  | X |
|  | tifanysales.org |  | X |
|  | tifanyus.info |  | X |
|  | tiffanygirl.org |  | X |
|  | tiffanylady.org |  | X |
| Defendant 286 | tiffanyjewelrytop.com | X |  |
|  | tiffanyjewelryllc.com | X |  |
|  | necktieschina.com |  | X |
| Defendant 287 | new-tiffany.com | X |  |
| Defendant 288 | newtiffanyjewelry.com | X |  |
| Defendant 289 | wholesalecheapjewelrychina.com | X |  |

ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

0.iffany v 925ly com

| | | | |
|---|---|---|---|
| | nfljerseys4cheap.com | | X |
| | usajerseyswholesale.com | | X |
| Defendant 290 | offerjewelry.com | X | |
| Defendant 291 | officialtiffanynecklace.com | X | |
| | officialtiffanyshop.com | X | |
| | tiffanybraceletmall.com | X | |
| Defendant 292 | officialtiffanyoutlet.com | X | |
| | officialtiffanyoutlets.com | X | |
| Defendant 293 | oktiffanyjewelry.com | X | |
| Defendant 294 | olapparel.com | X | |
| Defendant 295 | onlinetiffanystore.com | X | |
| Defendant 296 | outletsky.com | X | |
| Defendant 297 | paypalcoachpurses.com | X | |
| Defendant 298 | pickjewelry.org | X | |
| Defendant 299 | puipui138.com | X | |
| Defendant 300 | reispo.com | X | |
| Defendant 301 | replicatycoon.com | X | |
| Defendant 302 | replica-watch-shopping.net | X | |
| Defendant 303 | saletiffanyjewelry.com | X | |
| Defendant 304 | saletiffanys.com | X | |
| Defendant 305 | sedanshoppers.com | X | |
| Defendant 306 | sellbestjewelry.com | X | |
| Defendant 307 | sellbrandjewelry.com | X | |
| | supertiffanyjewelry.com | X | |
| Defendant 308 | sellfashiontiffany.com | X | |
| Defendant 309 | shoesclothingmarket.com | X | |
| Defendant 310 | shoesclothingok.com | X | |
| | shoeclothingok.com | X | |
| Defendant 311 | shopjewelryreplica.com | X | |
| | shopreplicajewelry.com | X | |
| Defendant 312 | silverjewelry1837.com | X | |
| Defendant 313 | simpletiffany.net | X | |
| Defendant 314 | supplytiffany.com | X | |
| Defendant 315 | thetiffanyjewelry.org | X | |

16

| | | | |
|---|---|---|---|
| Defendant 316 | tiffany4saleus.com | X | |
| Defendant 317 | tiffany-accessories.com | X | |
| Defendant 318 | tiffanyand.org | X | |
| Defendant 319 | tiffanyand-co.com | X | |
| Defendant 320 | tiffanyandco2011outlet.com | X | |
| | tiffany-silverjewelry.com | X | |
| Defendant 321 | tiffanyandcojewellery.com | X | |
| | tiffany-jewelry-outlet.net | X | |
| Defendant 322 | tiffanyandcompanyoutlet.com | X | |
| Defendant 323 | tiffanyandconow.com | X | |
| Defendant 324 | tiffanyandcoonline.com | X | |
| Defendant 325 | tiffany-andcooutlet.com | X | |
| | tiffany-andcooutlet.org | X | |
| Defendant 326 | tiffanyandco-outlet.net | X | |
| | tiffanyandco-outlet1.org | X | |
| | tiffany-outletsale.com | X | |
| Defendant 327 | tiffanyandcooutlets.org | X | |
| Defendant 328 | tiffanyandcooutletstore.com | X | |
| Defendant 329 | tiffanyandcooutlet-usa.com | X | |
| Defendant 330 | tiffanyandcos.com | X | |
| Defendant 331 | tiffanyandcoshop.com | X | |
| | tiffanyboutique.com | X | |
| | tiffanyjewellery.us | X | |
| | tiffanystyle.us | X | |
| Defendant 332 | tiffanybag.com | X | |
| | tiffany2go.com | X | |
| Defendant 333 | tiffanybestsilver.com | X | |
| Defendant 334 | tiffanybrides.com | X | |
| Defendant 335 | tiffany-cartier.com | X | |
| Defendant 336 | tiffanycoaustralia.net | X | |
| | cheaptiffanyaustralia.com | X | |
| Defendant 337 | tiffanycoedge.com | X | |
| Defendant 338 | tiffanycomall.com | X | |
| Defendant 339 | tiffanycomart.com | X | |

ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

| | | | |
|---|---|---|---|
| Defendant 340 | tiffanyco-outlet.com | X | |
| Defendant 341 | tiffanycooutlet-shop.com | X | |
| Defendant 342 | tiffanycoutlet.com | X | |
| | itiffanycooutlet.com | X | |
| Defendant 343 | tiffanyditty.com | X | |
| Defendant 344 | tiffany-home.com | X | |
| Defendant 345 | tiffanyhut.com | X | |
| Defendant 346 | tiffanyjewellerystores.com | X | |
| Defendant 347 | tiffany-jewellry.com | X | |
| Defendant 348 | tiffanyjewellryoutlet.com | X | |
| Defendant 349 | tiffany-jewelry1837.com | X | |
| Defendant 350 | tiffanyjewelryshop.net | X | |
| | tiffanyjewelryboke.com | | X |
| | tiffanyjewelryweb.net | | X |
| | tiffanysjewelryonline.org | | X |
| Defendant 351 | tiffanyjewelrybrands.com | X | |
| Defendant 352 | tiffanyjewelryco.com | X | |
| Defendant 353 | tiffanyjewelryforsale.net | X | |
| Defendant 354 | tiffanyjewelry-outlet.org | X | |
| Defendant 355 | tiffanyjewelryoutletus.com | X | |
| | tiffanyjewelryoutletusa.com | X | |
| Defendant 356 | tiffanyjewelry-rings.com | X | |
| Defendant 357 | tiffanyjewelrys.com | X | |
| Defendant 358 | tiffanyjewelryus.net | X | |
| Defendant 359 | tiffanyknockoff.com | X | |
| | tiffanyreplicaoutlet.com | X | |
| | tiffanyreplica-outlet.com | X | |
| Defendant 360 | tiffany-links.com | X | |
| | tiffany-co-outlet.com | X | |
| Defendant 361 | tiffanyllc.com | X | |
| | tiffanylot.com | X | |
| Defendant 362 | tiffanymallus.com | X | |
| Defendant 363 | tiffanyme.com | X | |
| Defendant 364 | tiffanyonlinediscount.com | X | |
| Defendant 365 | tiffanyonlinehome.com | X | |

| | | | |
|---|---|---|---|
| Defendant 366 | tiffanyonsaleus.com | X | |
| Defendant 367 | tiffanyoutlet-online.com | X | |
| Defendant 368 | tiffanyoutletsale.com | X | |
| Defendant 369 | tiffanyoutletus.com | X | |
| | tiffanyoutletsus.com | X | |
| Defendant 370 | tiffanyoutlet-usa.com | X | |
| Defendant 371 | tiffany-replicas.com | X | |
| Defendant 372 | tiffanyscojewelry.com | X | |
| Defendant 373 | tiffanyshop03.com | X | |
| Defendant 374 | tiffanyshoppingcenter.com | X | |
| Defendant 375 | tiffanyshop-us.com | X | |
| Defendant 376 | tiffanysilveronsale.com | X | |
| Defendant 377 | tiffany-silvers.com | X | |
| | tiffanyummyjewelry.com | | X |
| Defendant 378 | tiffanywholesaler.com | X | |
| | voguehotsale.com | X | |
| Defendant 379 | toryburchsoutlet.tk | X | |
| Defendant 380 | tp925.com | X | |
| Defendant 381 | wgo8.com | X | |
| Defendant 382 | wholesalecheapjewelrys.com | X | |
| | wholesale-cheap-jewelrys.com | X | |
| | wholesalejewelrysmart.com | X | |
| Defendant 383 | wholesale-coach-bags.com | X | |
| | handbagsunglasses.com | X | |
| Defendant 384 | wholesalejewelrycenter.com | X | |
| Defendant 385 | wholesalejewelrysale.org | X | |
| Defendant 386 | wholesaletiffanyoutlets.com | X | |
| Defendant 387 | womenmonster.com | X | |
| Defendant 388 | x431.org | X | |
| Defendant 389 | ztoshop.com | X | |

ORDER GRANTING PLAINTIFF'S SECOND *EX PARTE* APPLICATION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

0.iffany v 925ly com