# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TIFFANY (NJ), LLC,,

      Plaintiff,

v.

925LY.COM, et al.,

      Defendants.

2:11-cv-0590-LDG-GWF

**ORDER**

In the course of this litigation, the court has sanctioned notice to defendants by email of preliminary injunctive relief.  The question remains to be determined, or at a minimum will be revisited, whether service of process by email is appropriate.  Accordingly,

THE COURT HEREBY ORDERS that a hearing shall be conducted on the 17th day of January, 2012, at 2:00 PM, to address whether service of process by email in this case comports with procedural and constitutional requirements.

THE COURT FURTHER ORDERS that pending a determination on the above question, the clerk's office is DIRECTED to take no further actions unless approved by the court.

Dated this _____ day of December, 2011.

_____
Lloyd D. George
United States District Judge