UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIFFANY (NJ), LLC,

    Plaintiff,

v.

925LY.COM, et al.,

    Defendants.

2:11-cv-0590-LDG-GWF

**ORDER**

The court has received plaintiff's pre-hearing brief in which it has comprehensively addressed the notice and service aspects of this litigation. The court determines that it would be beneficial to consider, sua sponte, the basis for the court's personal jurisdiction over the defendants. While personal jurisdiction may be waived by a party, the existence of such jurisdiction factors into the likelihood of success on the merits for general preliminary injunction purposes, and is required to be addressed before the entry of default judgment. Accordingly, the court will direct plaintiff to file supplemental briefing on personal jurisdiction over the defendants and discuss the applicability of Pebble Beach Company v. Caddy, 453 F.3d 1151 (9th Cir. 2006), and related authority, to the causes of action being brought in this case. After considering the current and supplemental briefing, the court will decide if a hearing is in order.

THE COURT HEREBY ORDERS that the hearing currently scheduled for January 17, 2012, is VACATED.

THE COURT FURTHER ORDERS that plaintiff shall file on or before January 20, 2012, the supplemental briefing discussed in this order

DATED this _13_ day of January, 2012.

_____
Lloyd D. George
United States District Judge