David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
          J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net
*Attorneys for Plaintiff Tiffany (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| TIFFANY (NJ), LLC, | ) | Case No. 2:11-cv-00590-LDG-CWH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| v. | ) | **DISMISSAL, WITHOUT PREJUDICE,** |
| | ) | **OF DEFENDANTS 398 AND 611** |
| 925LY.COM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Tiffany (NJ), LLC ("Tiffany"), hereby gives notice of its voluntary dismissal, without prejudice, of the Defendant 398 – anylar.com and Defendant 611 – tiffany-supplier.com.

DATED:  February 21, 2012          Respectfully submitted,

By: /s/ David S. Kahn
David S. Kahn
J. Scott Burris
WILSON, ELSER, MOSKOWITZ,
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com

1

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS 398 AND 611
CASE NO. 2:11-cv-00590-LDG-CWH

301547.1

J.Scott.Burris@wilsonelser.com

*Of Counsel:*
Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

ORDER

IT IS SO ORDERED.

DATED this _____ day of February, 2012.

aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa
                    Lloyd D. George
                    Sr. U.S. District Judge

2

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS 398 AND 611
CASE NO. 2:11-cv-00590-LDG-CWH
301547.1