David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail: David.Kahn@wilsonelser.com
　　　　J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: stephen@smgpa.net

*Attorneys for Plaintiff Tiffany (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC, | Case No. 2:11-cv-00590-LDG-CWH |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT 477** |
| 925LY.COM, et al., | |
| Defendants. | |

　　　Plaintiff Tiffany (NJ), LLC, hereby gives notice of its voluntary dismissal, without prejudice, of Defendant 477 - fashionjewelry2011.com, because the domain name fashionjewelry2011.com is now subject to a temporary restraining order in the case titled *Gucci America, Inc. v. 2replicawatches.com, et al,* Case No. 1:12-cv-21154-KMM in the United States District Court for the Southern District of Florida.

DATED:  April 9, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ David S. Kahn
　　　　　　　　　　　　　　　　　　　　David S. Kahn
　　　　　　　　　　　　　　　　　　　　J. Scott Burris
　　　　　　　　　　　　　　　　　　　　WILSON, ELSER, MOSKOWITZ,

1

300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com

*Of Counsel:*
Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

ORDER

IT IS SO ORDERED.

DATED this ___17___ day of April, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

2