David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail: David.Kahn@wilsonelser.com
       J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: stephen@smgpa.net

*Attorneys for Plaintiff Tiffany (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>925LY.COM, et al.,<br><br>　　　　Defendants. | Case No. 2:11-cv-00590-LDG-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS 442, 474, 503, and 551** |

Plaintiff Tiffany (NJ), LLC ("Tiffany"), hereby gives notice of its voluntary dismissal, without prejudice, of: Defendant 442, cheaptiffany-outlet.com; Defendant 474, discount-tiffany-shop.com; Defendant 503, newtiffanyandco.com; and Defendant 551, tiffanyarea.com. Tiffany is voluntarily dismissing, without prejudice, Defendants 442, 474, 503, and 551, because Tiffany has reason to believe these four Defendants may be subject to a criminal forfeiture action.

DATED: April 9, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ David S. Kahn
　　　　　　　　　　　　　　　　　　　　David S. Kahn
　　　　　　　　　　　　　　　　　　　　J. Scott Burris
　　　　　　　　　　　　　　　　　　　　WILSON, ELSER, MOSKOWITZ,

1

300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com

*Of Counsel:*
Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

ORDER

IT IS SO ORDERED.

DATED this __17__ day of April, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

2

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS 442, 474, 503, AND 551
CASE NO. 2:11-cv-00590-LDG-CWH