David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net
*Attorneys for Plaintiff Tiffany (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC, | Case No. 2:11-cv-00590-LDG-CWH |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS 438, 533, 588, AND 599** |
| 925LY.COM, et al., | |
| Defendants. | |

Plaintiff Tiffany (NJ), LLC, hereby gives notice of its voluntary dismissal, without prejudice, of Defendant 438 - cheaptiffanyjewelryshop.com, Defendant 533 - styletiffanyjewelry.com, Defendant 588 - tiffanyjewelryshoponline.com, and Defendant 599 - tiffanyoutlet.us, because those domains have expired.

DATED: April 19, 2012            Respectfully submitted,

                                 By: /s/ David S. Kahn
                                 David S. Kahn
                                 J. Scott Burris

1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com

*Of Counsel:*
Stephen M. Gaffigan (*Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

ORDER

IT IS SO ORDERED.

DATED this ___ day of April, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

2

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS 438, 533, 588, AND 599
CASE NO. 2:11-cv-00590-LDG-CWH