**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY (NJ), LLC, | |
|     Plaintiff, | 2:11-cv-0590-LDG-GWF |
| v. | **ORDER** |
| 925LY.COM, et al., | |
|     Defendants. | |

THE COURT HEREBY ORDERS that plaintiff Tiffany (NJ), LLC's, application for entry of clerk's default (#77) is GRANTED.

DATED this ____ day of September, 2012.

_____
Lloyd D. George
United States District Judge