THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIFFANY (NJ), LLC, | ) | Case No. 2:11-cv-00590-LDG-CWH |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| 925LY.COM, *et al.*, | ) | |
| Defendants. | ) | |

THE COURT HEREBY ORDERS that Plaintiff Tiffany (NJ), LLC's Application for entry of clerk's default (#77) is GRANTED . Default is entered as to the Defendants, The Partnerships and Unincorporated Associations identified on Schedule A hereto.

IT IS SO ORDERED.

DATED: 29 January 2013

_____
LLOYD D. GEORGE
United States District Judge

## SCHEDULE A

**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS**

| | |
|---|---|
| Defendant 1: | 925ly.com |
| Defendant 3: | 925silvershop.com |
| Defendant 4: | 925tiffany.com |
| Defendant 5: | 925tiffany.net |
| Defendant 6: | 925wholesaler.com |
| Defendant 7: | aliexpressuk.com |
| Defendant 9: | atjewelry.com |
| Defendant 10: | atopsilver.com |
| Defendant 13: | b2bvogue.com |
| Defendant 15: | better-tiffany.com a/k/a fashiontf.com a/k/a hottiffanyjewelry.com |
| Defendant 16: | beyeshop.com |
| Defendant 17: | brandtiffany.com |
| Defendant 18: | buy-tiffanyjewelry.com a/k/a newsclothes.com a/k/a tiffanyjewelrycanada.com |
| Defendant 19: | bybybuy.com |
| Defendant 21: | cartiereshop.com |
| Defendant 22: | casualtiffany.com |
| Defendant 24: | cheapdesignerwholesale.com |
| Defendant 26: | cheaptiffanys.com |
| Defendant 27: | chinafamousproducts.com |
| Defendant 28: | chinawholesalejewelry.com |
| Defendant 30: | coachjewelry.com |
| Defendant 31: | coboen.com |
| Defendant 33: | cooltiffany.com |
| Defendant 34: | crowntco925.com |

[PROPOSED] ORDER
CASE NO. 2:11-cv-00590-LDG-CWH
428679.2

| | | |
|---|---|---|
| 1 | Defendant 36: | alltiffanyjewelry.com a/k/a cheapjewelryshops.com a/k/a usjewelry.net |
| 2 | Defendant 37: | diorgirl.com a/k/a tiffanyandcostore.com |
| 3 | Defendant 40: | doreplica.com |
| 4 | Defendant 41: | eshopping-replica.com |
| 5 | Defendant 42: | etiffanybag.com |
| 6 | Defendant 45: | goldtiffanyjewelry.com |
| 7 | Defendant 46: | fashionjewelryzone.com |
| 8 | Defendant 47: | fashion-wigs.com a/k/a tiffanybraceletscheap.com |
| 9 | Defendant 48: | forsaletiffany.com |
| 10 | Defendant 49: | globlefashion.com |
| 11 | Defendant 50: | goecshop.com a/k/a goecshop.org |
| 12 | Defendant 52: | goolcool.com |
| 13 | Defendant 53: | greatgolden.com |
| 14 | Defendant 54: | handbagsforcheap.com |
| 15 | Defendant 56: | hotwholesaleonline.com a/k/a jewelrymall1837.com |
| 16 | Defendant 57: | idolbags.com a/k/a rwholesalejewelry.com |
| 17 | Defendant 58: | ilikejewellery.com a/k/a tiffany1.org |
| 18 | Defendant 59: | ilovetiffany.net |
| 19 | Defendant 60: | istiffany.com |
| 20 | Defendant 61: | ixreplicajewelry.com |
| 21 | Defendant 62: | jewellery888.com |
| 22 | Defendant 63: | jewellerybi.com |
| 23 | Defendant 64: | jewelleryhotsale.com |
| 24 | Defendant 66: | jewelry-925.com |
| 25 | Defendant 67: | jewelrycheapbuy.com a/k/a jewelryussale.com |
| 26 | Defendant 68: | jewelrykt.com a/k/a tiffanyjewelrynet.com a/k/a tiffanyjewelrysale.us.com |
| 27 | | a/k/a wholesalejewelrysale.net |
| 28 | | 3 |

| | | |
|---|---|---|
| 1 | Defendant 69: | jewelryorwatches.com a/k/a alltiffanyjewelry.com |
| 2 | Defendant 70: | jewelryover.com |
| 3 | Defendant 71: | jewelryrain.com |
| 4 | Defendant 73: | jwely.com |
| 5 | Defendant 74: | tiffanyjewelrynet.com |
| 6 | Defendant 76: | linkworldco.com |
| 7 | Defendant 77: | lipwu.com |
| 8 | Defendant 78: | lovetiffanyjewelry.com |
| 9 | Defendant 79: | luckyjewelryshop.com |
| 10 | Defendant 80: | luxurysandals2u.com |
| 11 | Defendant 82: | mirrorjewelry.com |
| 12 | Defendant 83: | msmrapparel.com a/k/a tiffanyjewelrynet.com |
| 13 | Defendant 84: | myfaketiffany.com |
| 14 | Defendant 85: | mytiffanycity.com |
| 15 | Defendant 86: | mytiffanyonline.com a/k/a myjewelrylife.com |
| 16 | Defendant 87: | mytiffanysjewelry.com |
| 17 | Defendant 88: | mytiffanysonline.com a/k/a cheaptfonline.com |
| 18 | Defendant 90: | newtiffany.com |
| 19 | Defendant 91: | newtiffanys.com a/k/a alltiffanyjewelry.com |
| 20 | Defendant 92: | ojewellry.com |
| 21 | Defendant 96: | populartiffany.com |
| 22 | Defendant 97: | pradashoeschina.com a/k/a pradashoechina.com a/k/a lookoutclothes.com |
| 23 | Defendant 98: | pursestrade.com a/k/a pursestrade.net |
| 24 | Defendant 100: | replicasilverjewelry.com |
| 25 | Defendant 102: | replicatiffany.net |
| 26 | Defendant 106: | sheloves925silver.com |
| 27 | Defendant 107: | shoes51.com |

| | | |
|---|---|---|
| 1 | Defendant 108: | silver-bulk.com |
| 2 | Defendant 110: | silverjewelryworld.com |
| 3 | Defendant 116: | super925.com |
| 4 | Defendant 117: | taltoo.com a/k/a jewever.com |
| 5 | Defendant 118: | tco1837.com |
| 6 | Defendant 119: | tcogift.com |
| 7 | Defendant 120: | thesalesky.com |
| 8 | Defendant 122: | tiffany4girls.com |
| 9 | Defendant 123: | tiffany4u.us |
| 10 | Defendant 124: | tiffany7.com a/k/a handbagstalent.com |
| 11 | Defendant 125: | tiffanya.com |
| 12 | Defendant 126: | tiffanyamerica.com |
| 13 | Defendant 128: | tiffany-and-co-jewelry.com a/k/a discount-tiffany-co-jewelry.com a/k/a |
| 14 | | tiffany-on-sale.com |
| 15 | Defendant 129: | tiffanyandcooutlet.com |
| 16 | Defendant 130: | tiffanyandco-outlet.com |
| 17 | Defendant 135: | tiffanybraceletscheap.com |
| 18 | Defendant 136: | tiffanybuying.com |
| 19 | Defendant 137: | tiffanyco1837.com |
| 20 | Defendant 138: | tiffanyco-mall.com a/k/a tiffanyco-mall.net a/k/a tiffanyonlinejewelry.com |
| 21 | | a/k/a tiffanyscheapjewellery.com |
| 22 | Defendant 139: | tiffanycouk.com |
| 23 | Defendant 142: | tiffany-fashion.com |
| 24 | Defendant 145: | tiffany-guide.com |
| 25 | Defendant 146: | tiffanyhere.com |
| 26 | Defendant 147: | tiffanyhotsale.com |
| 27 | Defendant 148: | tiffanyinfo.com |

| | | |
|---|---|---|
| 1 | Defendant 149: | tiffanyinlove.com |
| 2 | Defendant 150: | tiffanyjewelersuk.com |
| 3 | Defendant 153: | tiffanyjewelry1837.com |
| 4 | Defendant 155: | tiffanyjewelry2u.com |
| 5 | Defendant 156: | tiffanyjewelry4sale.com a/k/a alltiffanys.com a/k/a buytiffanysonline.com a/k/a cheapdiscounttiffanystore.com a/k/a discountswatcheshop.com a/k/a discounttiffanystore.com a/k/a jewellery4love.com a/k/a jewelleryonline-store.com a/k/a jewelrytiffanysale.com a/k/a shoptiffanysilver.com a/k/a shoptiffanysilver.net a/k/a tffanyjewelry-store.com a/k/a tiffany1837jewellerys.com a/k/a tiffanyandconline.com a/k/a tiffany-au.org a/k/a tiffanybrandmall.com a/k/a tiffany-classic.com a/k/a tiffanyclassicmall.com a/k/a tiffanyco-us.org a/k/a tiffanyesale.com a/k/a tiffany-jewellery.net a/k/a tiffanyjewelleryoutlet.com a/k/a tiffanyjewellerypalace.com a/k/a tiffanyjewellerypalace.net a/k/a tiffanyjewellerysales.com a/k/a tiffany-jewelleryuk.com a/k/a tiffanyjewellery-uk.net a/k/a tiffanyjewelrycheap.net a/k/a tiffany-mall.com a/k/a tiffanymall-uk.com a/k/a tiffanyonlinejewellerys.com a/k/a tiffanyonlinejewelry.net a/k/a tiffanysaleonline.com a/k/a tiffany-sales.net a/k/a tiffany-saleuk.com a/k/a tiffanys-au.com a/k/a tiffanyscharms.com a/k/a tiffanyscheapjewellery.com a/k/a tiffanyshopuk.com a/k/a tiffanysingapore.com a/k/a tiffanys-jewellery.com a/k/a tiffanysjewelleryau.com a/k/a tiffanysjewelleryonline.com a/k/a tiffanysjewellerypalace.com a/k/a tiffanysjewellerysale.com a/k/a tiffanysjewellery-us.com a/k/a tiffanysjewellery-us.net a/k/a tiffanystore-jewellery.com a/k/a tiffanyuk-jewellery.com a/k/a tiffanyukjewellery.net a/k/a tiffanyukonlinejewelry.com a/k/a tiffanyukonlinejewelry.net a/k/a tiffukjewellery.co.uk a/k/a tiffukjewellery.com a/k/a ukjewellerytiffany.com |

[PROPOSED] ORDER
CASE NO. 2:11-cv-00590-LDG-CWH

428679.2

| | | |
|---|---|---|
| 1 | | a/k/a ukjewellerytiffany.net a/k/a ukonlinejewelry.net a/k/a |
| 2 | | ukonlinejewelry.org |
| 3 | Defendant 158: | tiffanyjewelryforsale.com |
| 4 | Defendant 160: | tiffanyjewelrynet.com |
| 5 | Defendant 161: | tiffany-jewelry-on-sale.com |
| 6 | Defendant 163: | tiffanyjewelryoutlet.com |
| 7 | Defendant 164: | tiffanyjewelry-outlet.com |
| 8 | Defendant 166: | tiffanyjewelrysales.com |
| 9 | Defendant 167: | tiffanyjewelryshops.com a/k/a tiffanyjewelrynet.com |
| 10 | Defendant 168: | tiffanyjewelrystores.com |
| 11 | Defendant 170: | tiffanyknockoffs.com |
| 12 | Defendant 171: | tiffany-mine.com a/k/a minesale.com |
| 13 | Defendant 172: | tiffanynew.com |
| 14 | Defendant 173: | tiffanyo.com |
| 15 | Defendant 175: | tiffanyonsale.net a/k/a ustiffany4sale.com |
| 16 | Defendant 178: | tiffanyoutletcheap.com |
| 17 | Defendant 179: | tiffanyoverstock.com |
| 18 | Defendant 180: | tiffanys1837jewelry.com |
| 19 | Defendant 181: | tiffanysalesstore.com |
| 20 | Defendant 183: | tiffanyselected.com |
| 21 | Defendant 184: | tiffany-seller.com |
| 22 | Defendant 188: | tiffanysjewelryshop.com a/k/a jewelrysonlineshop.com |
| 23 | Defendant 189: | tiffanysjewelryworld.com a/k/a myjewelrysworld.com |
| 24 | Defendant 192: | tiffanysonly.com |
| 25 | Defendant 193: | tiffany-sterling-silvers.com a/k/a bvlgari2.com |
| 26 | Defendant 194: | tiffanystock.com |
| 27 | Defendant 196: | tiffanysupplier.com |

**ORDER**
CASE NO. 2:11-cv-00590-LDG-CWH

428679.2

| | | |
|---|---|---|
| Defendant 197: | tiffanytopsale.com | |
| Defendant 200: | tiffanywto.com a/k/a loveiseverying.com a/k/a tiffanyceo.com | |
| Defendant 202: | top1tiffany.com a/k/a tiffanysalesonline.com | |
| Defendant 206: | urbanclothingchina.com | |
| Defendant 209: | utiffany.com a/k/a vtiffany.com | |
| Defendant 210: | vogueonsale.com | |
| Defendant 211: | watches-trade.com a/k/a hongwron.com a/k/a lvvuittonkorea.com | |
| Defendant 212: | wholesale1837.com | |
| Defendant 213: | wholesaleabc.net | |
| Defendant 214: | wholesaleanywhere.com | |
| Defendant 216: | wholesale-tiffany-jewellery.com | |
| Defendant 217: | wholesaletiffanyjewelry.net a/k/a tiffanyonlineus.com a/k/a silvertiffanyonline.com | |
| Defendant 218: | whslecn.com | |
| Defendant 220: | wowyahoo.com | |
| Defendant 221: | x-jewelrybox.com | |
| Defendant 222: | yahoowholesaler.com a/k/a shop4tiffany.com | |
| Defendant 223: | yasajewelry.com a/k/a tiffanyjewelrynet.com | |