David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
        J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff, Tiffany (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC, ) | Case No. 2:11-cv-00590-LDG-CWH |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS** |
| 925LY.COM, *et al.*, ) | |
| Defendants. ) | |

1

_____
ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

THIS MATTER having come before the Court upon motion by Plaintiff, Tiffany (NJ), LLC, ("Tiffany") for voluntary dismissal of the Partnerships and Unincorporated Associations listed on Schedule A hereto, for voluntary dismissal against Defendant 68 - jewelrykt.com a/k/a tiffanyjewelrynet.com a/k/a tiffanyjewelrysale.us.com a/k/a wholesalejewelrysale.net with respect to the domain name tiffanyjewelrysale.us.com only, and for voluntary dismissal against Defendant 222 - yahoowholesaler.com a/k/a shop4tiffany.com with respect to the domain name shop4tiffany.com only;

IT IS HEREBY ORDERED that the Defendants listed on Schedule A hereto are dismissed from this action without prejudice.

FURTHER ORDERED Plaintiff's claims against Defendant 68 with respect to the domain shop4tiffany.com only and Plaintiff's claims against Defendant 222 with respect to the domain name shop4tiffany.com only are dismissed from this action without prejudice.

FURTHER ORDERED that the Internet Registries for the domain names listed on Schedule A hereto shall revert the Registrar of Record of the domain names listed on Schedule A hereto to the Defendants' Registrars at the time the Registrars of Record were updated pursuant to the Temporary Restraining Orders entered in this matter.

IT IS SO ORDERED.

DATED: 16 May, 2013

LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

# SCHEDULE A

## DEFENDANTS BY SUBJECT DOMAIN NAME AND DEFENDANT NUMBER

| Defendant No. | Domain Name |
|---|---|
| 11 | australiatiffanystore.com |
| 12 | autiffany4sale.com |
| 14 | bestbuytiffany.com |
| 20 | canadatiffanystore.com |
| 25 | cheaptiffanyjewelry.com |
| 25 | 925silversale.com |
| 38 | discountiffany.com |
| 39 | discounttiffanyjewelry.us |
| 39 | tiffanycollections.us |
| 39 | tiffanyjewelryonsale.us |
| 43 | europeantiffany.com |
| 44 | faketiffany.org |
| 51 | goldtiffanyjewelry.com |
| 53 | greatgolden.com |
| 55 | hot-tiffany.com |
| 72 | jewelrysale925.com |
| 84 | myfaketiffany.com |
| 93 | onlytobuy.com |
| 95 | pocvt.com |
| 99 | replicagalleryonline.com |
| 101 | replicasky.com |
| 103 | saarcaa.com |

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

| | |
|---|---|
| 104 | saletiffanyjewelry.org |
| 104 | tiffanysalejewelry.com |
| 104 | 925silversale.com |
| 109 | silverjewelryblog.net |
| 109 | silvertiffanyshop.com |
| 112 | silvertiffanyshop.com |
| 113 | silverurban.com |
| 114 | solid925silver.com |
| 115 | sterlingtiffany.com |
| 121 | tiffany4ever.com |
| 127 | tiffanyandcojewelry.com |
| 132 | tiffanyandcosale.com |
| 133 | tiffanyandcostore.com |
| 134 | tiffanyboss.com |
| 143 | tiffanyforsale.com |
| 144 | tiffanyforu.com |
| 151 | tiffany-jewellery-shop.com |
| 159 | tiffanyjewelrygift.com |
| 174 | tiffanyonlinestoreus.com |
| 176 | tiffanyoutlet.com |
| 182 | tiffanysave.com |
| 185 | tiffanysforever.com |
| 187 | tiffanysjewelryonline.com |
| 187 | brandjewelryonline.com |
| 190 | tiffanysky.com |
| 191 | tiffanysocool.com |
| 198 | tiffanyuksale.com |

4

| | |
|---|---|
| 199 | tiffanyusonsale.com |
| 200 | tiffanywto.com |
| 200 | loveiseverying.com |
| 200 | tiffanyceo.com |
| 201 | toopgood.com |
| 203 | towholesalejewelry.com |
| 204 | uktiffanyonsale.com |
| 205 | upoun.com |
| 208 | ustiffany4sale.com |

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE