David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail: David.Kahn@wilsonelser.com
         J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: stephen@smgpa.net

*Attorneys for Plaintiff, Tiffany (NJ), LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC,<br><br>              Plaintiff,<br><br>v.<br><br>925LY.COM, *et al.*,<br><br>              Defendants. | Case No. 2:11-cv-00590-LDG-CWH<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS 224-389** |

1  THIS MATTER having come before the Court upon motion by Plaintiff, Tiffany (NJ), LLC, ("Tiffany") for voluntary dismissal of the Partnerships and Unincorporated Associations listed on Schedule A hereto (collectively, the "Defendants");

IT IS HEREBY ORDERED that the Defendants listed on Schedule A hereto are dismissed from this action without prejudice.

FURTHER ORDERED that the Internet Registries for the domain names listed on Schedule A hereto shall revert the Registrar of Record of the domain names listed on Schedule A hereto to the Defendants' Registrars at the time the Registrars of Record were updated pursuant to the Temporary Restraining Orders entered in this matter.

IT IS SO ORDERED.

DATED: 16 MAY 2013

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

# SCHEDULE A

## DEFENDANTS BY SUBJECT DOMAIN NAME AND DEFENDANT NUMBER

| Defendant No. | Domain Name | E-commerce Website | Blog Style Websites |
|---|---|---|---|
| Defendant 224 | 1837fashion.com | X | |
| Defendant 225 | 21replica.org | X | |
| Defendant 226 | 21tiffany.com | X | |
| Defendant 227 | tiffany100.com | X | |
| | 3girls2cents1blog.com | | X |
| | buttercantfly.com | | X |
| | byloridesigns.com | | X |
| | gossipgirlcentral.net | | X |
| | graphicaddiction.net | | X |
| | hamann-studio.com | | X |
| | idiosympathy.com | | X |
| | jonilynphotographyblog.com | | X |
| | loveandletlove.org | | X |
| | mattiasostmar.com | | X |
| | memusicing.com | | X |
| | mianetic.net | | X |
| | minethemovieblog.com | | X |
| | mp3skylines.com | | X |
| | nuttinbutpimp.com | | X |
| | openprojectdatabase.org | | X |
| | rck2.com | | X |
| | rss-aggregator-de.net | | X |
| | sangreboliviana.com | | X |
| | saveoneitmatters.com | | X |
| | shapeswithoutsubstance.com | | X |
| | sharpimagedesigns.net | | X |
| | tellensplacedesigns.com | | X |
| | thebizzmusic.com | | X |
| | voteforanswersnh.com | | X |
| | wiiwashere.com | | X |

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

| | | | | |
|---|---|---|---|---|
| | | woprosow.net | | X |
| | Defendant 228 | 925jewelryshop.net | X | |
| | | 925silverjewellery.org | X | |
| | | jewelrysale4u.com | X | |
| | | royal925.org | X | |
| | Defendant 229 | 925silverdiscount.com | X | |
| | Defendant 230 | newtiffany1837.com | X | |
| | | tiffany-collections.com | X | |
| | | 925tiffanyjewelry.com | | X |
| | Defendant 231 | atwholesalestore.com | X | |
| | Defendant 232 | australiatiffanyjewellery.com | X | |
| | Defendant 233 | bestiffanyjewelry.com | X | |
| | Defendant 234 | bodyjewelrysstore.com | X | |
| | Defendant 235 | buytiffanystore.com | X | |
| | | tiffanystoreonsale.com | X | |
| | Defendant 236 | canadatiffanyjewellery.com | X | |
| | Defendant 237 | cartierbraceletsok.com | X | |
| | | chanelearringsok.com | X | |
| | | cheap-juicy-bracelet.com | X | |
| | | thomassabocharmsok.com | X | |
| | | tiffanynecklaceok.com | X | |
| | Defendant 238 | cheapertiffany.com | X | |
| | Defendant 239 | cheapertiffanyjewellery.com | X | |
| | | tiffanyjewelleryok.com | X | |
| | Defendant 240 | cheaphandbags.cc | X | |
| | | salecheapestbags.com | X | |
| | Defendant 241 | cheaphandbagsbiz.com | X | |
| | Defendant 242 | cheap-silver.com | X | |
| | Defendant 243 | cheaptfjewelry.com | X | |
| | Defendant 244 | cheaptiffanyoutlet.com | X | |
| | Defendant 245 | cheaptiffanystore.com | X | |
| | Defendant 246 | cheaptiffanyuk.com | X | |
| | | cheaptiffanyukshop.com | X | |
| | Defendant 247 | classictiffanymarket.com | X | |

| | | | |
|---|---|---|---|
| Defendant 248 | classictiffanysale.com | X | |
| Defendant 249 | classictiffanyshop.com | X | |
| Defendant 250 | cndesignerbags.com | X | |
| Defendant 251 | coachhandbagsreplica.com | X | |
| Defendant 252 | cocorigo.com | X | |
| Defendant 253 | designerjewelryok.com | X | |
| Defendant 254 | designer-replica-watch.com | X | |
| | replica-supplier.com | X | |
| Defendant 255 | discount-tiffanyjewelry.com | X | |
| Defendant 256 | discounttiffanyjewelry.net | X | |
| Defendant 257 | discount-wholesalejewelry.com | X | |
| | toptiffanysales.com | X | |
| | wholesale-cheapjewelry.com | X | |
| | wholesale-cheap-jewelry.com | X | |
| | tiffanyfor.info | | X |
| Defendant 258 | emmsale.com | X | |
| Defendant 259 | e-tiffanyandco.com | X | |
| Defendant 260 | fashioncheapjewelry.com | X | |
| Defendant 261 | fashiontiffany.org | X | |
| Defendant 262 | generaljewellery.com | X | |
| | lndp.info | | X |
| Defendant 263 | googlejerseysshop.net | X | |
| | googlejerseys.us | X | |
| Defendant 264 | gzcheap.net | X | |
| | exporter-trade.biz | X | |
| Defendant 265 | hiyeahmall.com | X | |
| | tiffanydiscounted.com | X | |
| Defendant 266 | hotehandbags.com | X | |
| Defendant 267 | ibuydesignerbags.com | X | |
| | ibuydesignerjewelry.com | X | |
| | ibuydesignerwatches.com | X | |
| | toptiffanysaleuk.com | X | |
| Defendant 268 | itiffanyonsale.com | X | |
| Defendant 269 | tiffanyjewelry.name | X | |

5

| | | | | |
|---|---|---|---|---|
| | | uktiffanyline.com | X | |
| | | jeweleryguideblog.com | | X |
| | | jeweleryguides.com | | X |
| | Defendant 270 | jeweleryoutlet.org | X | |
| | Defendant 271 | jewelleryonlineoutlet.com | X | |
| | | tiffanyoutlet2011.net | X | |
| | Defendant 272 | jewelry75.com | X | |
| | | stylejewelry4u.org | X | |
| | Defendant 273 | jewelryoftiffany.com | X | |
| | Defendant 274 | jewelrywholesalejewellery.com | X | |
| | Defendant 275 | jewelry-wholesale-supply.com | X | |
| | Defendant 276 | keepsupply.com | X | |
| | Defendant 277 | latest-jewelry.com | X | |
| | Defendant 278 | lovetiffany1837.com | X | |
| | Defendant 279 | lovetiffanys.com | X | |
| | Defendant 280 | lzsaler.org | X | |
| | Defendant 281 | mac4cosmetics.com | X | |
| | | maccosmeticsroom.com | X | |
| | Defendant 282 | malltiffany.com | X | |
| | Defendant 283 | mydearbag.com | X | |
| | Defendant 284 | mygoodreplica.com | X | |
| | Defendant 285 | toptiffanyuk.com | X | |
| | | tiffanysjewelryuk.com | X | |
| | | mytiffany.net | | X |
| | | pearltiffany.org | | X |
| | | tifanyfree.info | | X |
| | | tifanyrealse.info | | X |
| | | tifanysales.org | | X |
| | | tifanyus.info | | X |
| | | tiffanygirl.org | | X |
| | | tiffanylady.org | | X |
| | Defendant 286 | tiffanyjewelrytop.com | X | |
| | | tiffanyjewelryllc.com | X | |
| | | necktieschina.com | | X |
| | Defendant 287 | new-tiffany.com | X | |

6

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

| | | | |
|---|---|---|---|
| Defendant 288 | newtiffanyjewelry.com | X | |
| Defendant 289 | wholesalecheapjewelrychina.com | X | |
| | nfljerseys4cheap.com | | X |
| | usajerseyswholesale.com | | X |
| Defendant 290 | offerjewelry.com | X | |
| Defendant 291 | officialtiffanynecklace.com | X | |
| | officialtiffanyshop.com | X | |
| | tiffanybraceletmall.com | X | |
| Defendant 292 | officialtiffanyoutlet.com | X | |
| | officialtiffanyoutlets.com | X | |
| Defendant 293 | oktiffanyjewelry.com | X | |
| Defendant 294 | olapparel.com | X | |
| Defendant 295 | onlinetiffanystore.com | X | |
| Defendant 296 | outletsky.com | X | |
| Defendant 297 | paypalcoachpurses.com | X | |
| Defendant 298 | pickjewelry.org | X | |
| Defendant 299 | puipui138.com | X | |
| Defendant 300 | reispo.com | X | |
| Defendant 301 | replicatycoon.com | X | |
| Defendant 302 | replica-watch-shopping.net | X | |
| Defendant 303 | saletiffanyjewelry.com | X | |
| Defendant 304 | saletiffanys.com | X | |
| Defendant 305 | sedanshoppers.com | X | |
| Defendant 306 | sellbestjewelry.com | X | |
| Defendant 307 | sellbrandjewelry.com | X | |
| | supertiffanyjewelry.com | X | |
| Defendant 308 | sellfashiontiffany.com | X | |
| Defendant 309 | shoesclothingmarket.com | X | |
| Defendant 310 | shoesclothingok.com | X | |
| | shoeclothingok.com | X | |
| Defendant 311 | shopjewelryreplica.com | X | |
| | shopreplicajewelry.com | X | |
| Defendant 312 | silverjewelry1837.com | X | |
| Defendant 313 | simpletiffany.net | X | |

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

| | | | |
|---|---|---|---|
| Defendant 314 | supplytiffany.com | X | |
| Defendant 315 | thetiffanyjewelry.org | X | |
| Defendant 316 | tiffany4saleus.com | X | |
| Defendant 317 | tiffany-accessories.com | X | |
| Defendant 318 | tiffanyand.org | X | |
| Defendant 319 | tiffanyand-co.com | X | |
| Defendant 320 | tiffanyandco2011outlet.com | X | |
| | tiffany-silverjewelry.com | X | |
| Defendant 321 | tiffanyandcojewellery.com | X | |
| | tiffany-jewelry-outlet.net | X | |
| Defendant 322 | tiffanyandcompanyoutlet.com | X | |
| Defendant 323 | tiffanyandconow.com | X | |
| Defendant 324 | tiffanyandcoonline.com | X | |
| Defendant 325 | tiffany-andcooutlet.com | X | |
| | tiffany-andcooutlet.org | X | |
| Defendant 326 | tiffanyandco-outlet.net | X | |
| | tiffanyandco-outlet1.org | X | |
| | tiffany-outletsale.com | X | |
| Defendant 327 | tiffanyandcooutlets.org | X | |
| Defendant 328 | tiffanyandcooutletstore.com | X | |
| Defendant 329 | tiffanyandcooutlet-usa.com | X | |
| Defendant 330 | tiffanyandcos.com | X | |
| Defendant 331 | tiffanyandcoshop.com | X | |
| | tiffanyboutique.com | X | |
| | tiffanyjewellery.us | X | |
| | tiffanystyle.us | X | |
| Defendant 332 | tiffanybag.com | X | |
| | tiffany2go.com | X | |
| Defendant 333 | tiffanybestsilver.com | X | |
| Defendant 334 | tiffanybrides.com | X | |
| Defendant 335 | tiffany-cartier.com | X | |
| Defendant 336 | tiffanycoaustralia.net | X | |
| | cheaptiffanyaustralia.com | X | |
| Defendant 337 | tiffanycoedge.com | X | |

8

| | | | |
|---|---|---|---|
| Defendant 338 | tiffanycomall.com | X | |
| Defendant 339 | tiffanycomart.com | X | |
| Defendant 340 | tiffanyco-outlet.com | X | |
| Defendant 341 | tiffanycooutlet-shop.com | X | |
| Defendant 342 | tiffanycoutlet.com | X | |
| | itiffanycooutlet.com | X | |
| Defendant 343 | tiffanyditty.com | X | |
| Defendant 344 | tiffany-home.com | X | |
| Defendant 345 | tiffanyhut.com | X | |
| Defendant 346 | tiffanyjewellerystores.com | X | |
| Defendant 347 | tiffany-jewellry.com | X | |
| Defendant 348 | tiffanyjewellryoutlet.com | X | |
| Defendant 349 | tiffany-jewelry1837.com | X | |
| Defendant 350 | tiffanyjewelryshop.net | X | |
| | tiffanyjewelryboke.com | | X |
| | tiffanyjewelryweb.net | | X |
| | tiffanysjewelryonline.org | | X |
| Defendant 351 | tiffanyjewelrybrands.com | X | |
| Defendant 352 | tiffanyjewelryco.com | X | |
| Defendant 353 | tiffanyjewelryforsale.net | X | |
| Defendant 354 | tiffanyjewelry-outlet.org | X | |
| Defendant 355 | tiffanyjewelryoutletus.com | X | |
| | tiffanyjewelryoutletusa.com | X | |
| Defendant 356 | tiffanyjewelry-rings.com | X | |
| Defendant 357 | tiffanyjewelrys.com | X | |
| Defendant 358 | tiffanyjewelryus.net | X | |
| Defendant 359 | tiffanyknockoff.com | X | |
| | tiffanyreplicaoutlet.com | X | |
| | tiffanyreplica-outlet.com | X | |
| Defendant 360 | tiffany-links.com | X | |
| | tiffany-co-outlet.com | X | |
| Defendant 361 | tiffanyllc.com | X | |
| | tiffanylot.com | X | |
| Defendant 362 | tiffanymallus.com | X | |
| Defendant 363 | tiffanyme.com | X | |

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

| | | | |
|---|---|---|---|
| Defendant 364 | tiffanyonlinediscount.com | X | |
| Defendant 365 | tiffanyonlinehome.com | X | |
| Defendant 366 | tiffanyonsaleus.com | X | |
| Defendant 367 | tiffanyoutlet-online.com | X | |
| Defendant 368 | tiffanyoutletsale.com | X | |
| Defendant 369 | tiffanyoutletus.com | X | |
| | tiffanyoutletsus.com | X | |
| Defendant 370 | tiffanyoutlet-usa.com | X | |
| Defendant 371 | tiffany-replicas.com | X | |
| Defendant 372 | tiffanyscojewelry.com | X | |
| Defendant 373 | tiffanyshop03.com | X | |
| Defendant 374 | tiffanyshoppingcenter.com | X | |
| Defendant 375 | tiffanyshop-us.com | X | |
| Defendant 376 | tiffanysilveronsale.com | X | |
| Defendant 377 | tiffany-silvers.com | X | |
| | tiffanyummyjewelry.com | | X |
| Defendant 378 | tiffanywholesaler.com | X | |
| | voguehotsale.com | X | |
| Defendant 379 | toryburchsoutlet.tk | X | |
| Defendant 380 | tp925.com | X | |
| Defendant 381 | wgo8.com | X | |
| Defendant 382 | wholesalecheapjewelrys.com | X | |
| | wholesale-cheap-jewelrys.com | X | |
| | wholesalejewelrysmart.com | X | |
| Defendant 383 | wholesale-coach-bags.com | X | |
| | handbagsunglasses.com | X | |
| Defendant 384 | wholesalejewelrycenter.com | X | |
| Defendant 385 | wholesalejewelrysale.org | X | |
| Defendant 386 | wholesaletiffanyoutlets.com | X | |
| Defendant 387 | womenmonster.com | X | |
| Defendant 388 | x431.org | X | |
| Defendant 389 | ztoshop.com | X | |

ORDER GRANTING VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE