David S. Kahn
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:David.Kahn@wilsonelser.com
          J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY (NJ), LLC, | Case No. 2:11-cv-00590-LDG-CWH |
| Plaintiff, | |
| v. | |
| 925LY.COM, *et al.*, | |
| Defendants. | |

1

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

# FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION
## AGAINST DEFENDANTS IDENTIFIED ON SCHEDULE A

THIS MATTER having come before the Court upon motion by Plaintiff, Tiffany (NJ), LLC ("Tiffany" or "Plaintiff") for entry of a final default judgment of its claims against the Partnerships and Unincorporated Associations (collectively, the "Defendants") operating under the domain names (the "Subject Domain Names") identified on the attached Schedule A pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and entry of a permanent injunction; and the Court having considered the moving papers and there being no opposition thereto, and upon the following entries of Clerk's Default by the Clerk on September 24, 2012 (e-docket 117) and January 29, 2013 (e-dockets 121 and 122);

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Final Default Judgment and Permanent Injunction is GRANTED, and judgment is hereby entered in favor of Plaintiff, Tiffany (NJ), LLC, a Delaware Limited Liability Company, with its principal place of business in the United States located at 15 Sylvan Way, Parsippany, NJ 07054, and against Defendants on all Counts of the First Amended Complaint as follows:

(1)     Permanent Injunctive Relief:

The Defendants identified on Schedule A and their officers, agents, servants, employees, and attorneys, and all persons acting in concert and participation with the Defendants identified on Schedule A are hereby permanently restrained and enjoined from:

(a)     manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the trademarks identified below:

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| TIFFANY & CO | 0,023,573 | September 5, 1893 | IC 014 - jewelry and watches. |

| Mark | Reg. No. | Reg. Date | Goods |
|---|---|---|---|
| Tiffany | 0,133,063 | July 6, 1920 | IC 014 - jewelry for personal wear, not including watches. |
| TIFFANY & CO. | 1,228,189 | February 22, 1983 | IC 014 – jewelry. |
| TIFFANY | 1,228,409 | February 22, 1983 | IC 014 – jewelry. |
| TIFFANY & CO. | 1,283,306 | June 26, 1984 | IC 014 - clothing accessories-namely, money clips, cufflinks, key holders, all made of or plated with precious or semi-precious metals. |
| ATLAS | 1,605,467 | July 10, 1990 | IC 014 - watches and clocks. |
| T & CO. | 1,669,365 | December 24, 1991 | IC 014 - all types of jewelry made of, or in part of, precious metals and/or with precious or semi-precious stones. |
| (design) | 1,785,204 | August 3, 1993 | IC 014 - jewelry; namely, pins, pierced earrings, ear clips, bracelets, necklaces, and rings. |
| PERETTI | 1,787,861 | August 17, 1993 | IC 014 - jewelry; namely, earrings, necklaces, pendants, brooches, bracelets and rings made of precious metals; accessories made of precious metals; namely, key rings, and money clips. |
| ELSA PERETTI | 1,799,272 | October 19, 1993 | IC 014 - jewelry; namely, earrings, necklaces, pendants, brooches, bracelets and rings made of variety of materials including precious metals, accessories made of precious metals; namely, key rings, and money clips. |
| (design) | 1,804,353 | November 16, 1993 | IC 014 - jewelry; namely, earrings, necklaces, bracelets, pendants, cufflinks, and rings. |
| TIFFANY & CO. | 1,968,614 | April 16, 1996 | IC 014 - all types of timepieces, including especially watches. |
| (design) | 2,184,128 | August 25, 1998 | IC 014 – jewelry and watches; clothing accessories made of precious or semi-precious metals, namely, money clips, cufflinks, and key rings. IC 021 – boxes. |
| (design) | 2,359,351 | June 20, 2000 | IC 014 - jewelry; watches; clothing accessories made of precious metals and their alloys, namely, money clips, cufflinks, and key rings. IC 021 - decorative boxes. |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

3

| | | | |
|---|---|---|---|
| TIFFANY | 2,639,539 | October 22, 2002 | IC 014 – watches. |
| ATLAS | 2,886,655 | September 21, 2004 | IC 014 - jewelry; rings; bracelets; earrings; necklaces; pendants; cuff-links; and precious metal money clips. |

(collectively, the "Tiffany Marks");

  (b) using the Tiffany Marks in connection with the sale of any unauthorized goods;

  (c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants identified on Schedule A hereto as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

  (d) falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

  (e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants identified on Schedule A are in any way endorsed by, approved by, and/or associated with Plaintiff;

  (f) using any reproduction, counterfeit, copy, or colorable imitation of the Tiffany Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants identified on Schedule A, including, without limitation, jewelry, including bracelets, necklaces, pendants, earrings and rings, cufflinks, money clips, key rings, watches, or gift boxes;

  (g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants identified on Schedule A as being those of Plaintiff or in any way endorsed by Plaintiff;

  (h) otherwise unfairly competing with Plaintiff;

  (i) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above; and

(j) using the Tiffany Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Defendants identified on Schedule A.

(2) Additional Equitable Relief:

(a) In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff;

(b) Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted; and

(c) Upon Plaintiff's request, the Internet Corporation for Assigned Names and Numbers ("ICANN") shall ensure that the top level domain Registries responsible for the Subject Domain Names transfer, change the Registrar of Record, and/or disable the Subject Domain Names.

(3) The bond posted by Plaintiff in the amount of $20,000.00 is ordered to be released by the Clerk.

(4) This Case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

DATED: 10 June 2013

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

# SCHEDULE A

## THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS

| | |
|---|---|
| Defendant 1: | 925ly.com |
| Defendant 3: | 925silvershop.com |
| Defendant 4: | 925tiffany.com |
| Defendant 5: | 925tiffany.net |
| Defendant 6: | 925wholesaler.com |
| Defendant 7: | aliexpressuk.com |
| Defendant 9: | atjewelry.com |
| Defendant 10: | atopsilver.com |
| Defendant 13: | b2bvogue.com |
| Defendant 15: | better-tiffany.com |
| Defendant 15: | fashiontf.com |
| Defendant 15: | hottiffanyjewelry.com |
| Defendant 16: | beyeshop.com |
| Defendant 17: | brandtiffany.com |
| Defendant 18: | buy-tiffanyjewelry.com |
| Defendant 18: | newsclothes.com |
| Defendant 18: | tiffanyjewelrycanada.com |
| Defendant 19: | bybybuy.com |
| Defendant 21: | cartiereshop.com |
| Defendant 22: | casualtiffany.com |
| Defendant 24: | cheapdesignerwholesale.com |
| Defendant 26: | cheaptiffanys.com |

| Defendant 27: | chinafamousproducts.com |
|---|---|
| Defendant 28: | chinawholesalejewelry.com |
| Defendant 30: | coachjewelry.com |
| Defendant 31: | coboen.com |
| Defendant 33: | cooltiffany.com |
| Defendant 34: | crowntco925.com |
| Defendant 36: | alltiffanyjewelry.com |
| Defendant 36: | cheapjewelryshops.com |
| Defendant 36: | usjewelry.net |
| Defendant 37: | diorgirl.com |
| Defendant 37: | tiffanyandcostore.com |
| Defendant 40: | doreplica.com |
| Defendant 41: | eshopping-replica.com |
| Defendant 42: | etiffanybag.com |
| Defendant 45: | goldtiffanyjewelry.com |
| Defendant 46: | fashionjewelryzone.com |
| Defendant 47: | fashion-wigs.com |
| Defendant 47: | tiffanybraceletscheap.com |
| Defendant 48: | forsaletiffany.com |
| Defendant 49: | globlefashion.com |
| Defendant 50: | goecshop.com |
| Defendant 50: | goecshop.org |
| Defendant 52: | goolcool.com |
| Defendant 54: | handbagsforcheap.com |
| Defendant 56: | hotwholesaleonline.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

7

| | |
|---|---|
| Defendant 56: | jewelrymall1837.com |
| Defendant 57: | idolbags.com |
| Defendant 57: | rwholesalejewelry.com |
| Defendant 58: | ilikejewellery.com |
| Defendant 58: | tiffany1.org |
| Defendant 59: | ilovetiffany.net |
| Defendant 60: | istiffany.com |
| Defendant 61: | ixreplicajewelry.com |
| Defendant 62: | jewellery888.com |
| Defendant 63: | jewellerybi.com |
| Defendant 64: | jewelleryhotsale.com |
| Defendant 66: | jewelry-925.com |
| Defendant 67: | jewelrycheapbuy.com |
| Defendant 67: | jewelryussale.com |
| Defendant 68: | jewelrykt.com |
| Defendant 68: | tiffanyjewelrynet.com |
| Defendant 68: | wholesalejewelrysale.net |
| Defendant 69: | jewelryorwatches.com |
| Defendant 69: | alltiffanyjewelry.com |
| Defendant 70: | jewelryover.com |
| Defendant 71: | jewelryrain.com |
| Defendant 73: | jwely.com |
| Defendant 74: | tiffanyjewelrynet.com |
| Defendant 76: | linkworldco.com |
| Defendant 77: | lipwu.com |

| | |
|---|---|
| Defendant 78: | lovetiffanyjewelry.com |
| Defendant 79: | luckyjewelryshop.com |
| Defendant 80: | luxurysandals2u.com |
| Defendant 82: | mirrorjewelry.com |
| Defendant 83: | msmrapparel.com |
| Defendant 83: | tiffanyjewelrynet.com |
| Defendant 85: | mytiffanycity.com |
| Defendant 86: | mytiffanyonline.com |
| Defendant 86: | myjewelrylife.com |
| Defendant 86: | cheaptfonline.com |
| Defendant 87: | mytiffanysjewelry.com |
| Defendant 88: | mytiffanysonline.com |
| Defendant 90: | newtiffany.com |
| Defendant 91: | newtiffanys.com |
| Defendant 91: | alltiffanyjewelry.com |
| Defendant 92: | ojewellry.com |
| Defendant 96: | populartiffany.com |
| Defendant 97: | pradashoeschina.com |
| Defendant 97: | pradashoechina.com |
| Defendant 97: | lookoutclothes.com |
| Defendant 98: | pursestrade.com |
| Defendant 98: | pursestrade.net |
| Defendant 100: | replicasilverjewelry.com |
| Defendant 102: | replicatiffany.net |
| Defendant 106: | sheloves925silver.com |

| | |
|---|---|
| Defendant 107: | shoes51.com |
| Defendant 108: | silver-bulk.com |
| Defendant 110: | silverjewelryworld.com |
| Defendant 116: | super925.com |
| Defendant 117: | taltoo.com |
| Defendant 117: | jewever.com |
| Defendant 118: | tco1837.com |
| Defendant 119: | tcogift.com |
| Defendant 120: | thesalesky.com |
| Defendant 122: | tiffany4girls.com |
| Defendant 123: | tiffany4u.us |
| Defendant 124: | tiffany7.com |
| Defendant 124: | handbagstalent.com |
| Defendant 125: | tiffanya.com |
| Defendant 126: | tiffanyamerica.com |
| Defendant 128: | tiffany-and-co-jewelry.com |
| Defendant 128: | discount-tiffany-co-jewelry.com |
| Defendant 128: | tiffany-on-sale.com |
| Defendant 129: | tiffanyandcooutlet.com |
| Defendant 130: | tiffanyandco-outlet.com |
| Defendant 135: | tiffanybraceletscheap.com |
| Defendant 136: | tiffanybuying.com |
| Defendant 137: | tiffanyco1837.com |
| Defendant 138: | tiffanyco-mall.com |
| Defendant 138: | tiffanyco-mall.net |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION
10

| | |
|---|---|
| Defendant 138: | tiffanyonlinejewelry.com |
| Defendant 138: | tiffanyscheapjewellery.com |
| Defendant 139: | tiffanycouk.com |
| Defendant 142: | tiffany-fashion.com |
| Defendant 145: | tiffany-guide.com |
| Defendant 146: | tiffanyhere.com |
| Defendant 147: | tiffanyhotsale.com |
| Defendant 148: | tiffanyinfo.com |
| Defendant 149: | tiffanyinlove.com |
| Defendant 150: | tiffanyjewelersuk.com |
| Defendant 153: | tiffanyjewelry1837.com |
| Defendant 155: | tiffanyjewelry2u.com |
| Defendant 156: | tiffanyjewelry4sale.com |
| Defendant 156: | alltiffanys.com |
| Defendant 156: | buytiffanysonline.com |
| Defendant 156: | cheapdiscounttiffanystore.com |
| Defendant 156: | discountswatcheshop.com |
| Defendant 156: | discounttiffanystore.com |
| Defendant 156: | jewellery4love.com |
| Defendant 156: | jewelleryonline-store.com |
| Defendant 156: | jewelrytiffanysale.com |
| Defendant 156: | shoptiffanysilver.com |
| Defendant 156: | shoptiffanysilver.net |
| Defendant 156: | tffanyjewelry-store.com |
| Defendant 156: | tiffany1837jewellerys.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

11

| Defendant 156: | tiffanyandconline.com |
|---|---|
| Defendant 156: | tiffany-au.org |
| Defendant 156: | tiffanybrandmall.com |
| Defendant 156: | tiffany-classic.com |
| Defendant 156: | tiffanyclassicmall.com |
| Defendant 156: | tiffanyco-us.org |
| Defendant 156: | tiffanyesale.com |
| Defendant 156: | tiffany-jewellery.net |
| Defendant 156: | tiffanyjewelleryoutlet.com |
| Defendant 156: | tiffanyjewellerypalace.com |
| Defendant 156: | tiffanyjewellerypalace.net |
| Defendant 156: | tiffanyjewellerysales.com |
| Defendant 156: | tiffany-jewelleryuk.com |
| Defendant 156: | tiffanyjewellery-uk.net |
| Defendant 156: | tiffanyjewelrycheap.net |
| Defendant 156: | tiffany-mall.com |
| Defendant 156: | tiffanymall-uk.com |
| Defendant 156: | tiffanyonlinejewellerys.com |
| Defendant 156: | tiffanyonlinejewelry.net |
| Defendant 156: | tiffanysaleonline.com |
| Defendant 156: | tiffany-sales.net |
| Defendant 156: | tiffany-saleuk.com |
| Defendant 156: | tiffanys-au.com |
| Defendant 156: | tiffanyscharms.com |
| Defendant 156: | tiffanyscheapjewellery.com |

| | |
|---|---|
| Defendant 156: | tiffanyshopuk.com |
| Defendant 156: | tiffanysingapore.com |
| Defendant 156: | tiffanys-jewellery.com |
| Defendant 156: | tiffanysjewelleryau.com |
| Defendant 156: | tiffanysjewelleryonline.com |
| Defendant 156: | tiffanysjewellerypalace.com |
| Defendant 156: | tiffanysjewellerysale.com |
| Defendant 156: | tiffanysjewellery-us.com |
| Defendant 156: | tiffanysjewellery-us.net |
| Defendant 156: | tiffanystore-jewellery.com |
| Defendant 156: | tiffanyuk-jewellery.com |
| Defendant 156: | tiffanyukjewellery.net |
| Defendant 156: | tiffanyukonlinejewelry.com |
| Defendant 156: | tiffanyukonlinejewelry.net |
| Defendant 156: | tiffukjewellery.co.uk |
| Defendant 156: | tiffukjewellery.com |
| Defendant 156: | ukjewellerytiffany.com |
| Defendant 156: | ukjewellerytiffany.net |
| Defendant 156: | ukonlinejewelry.net |
| Defendant 156: | ukonlinejewelry.org |
| Defendant 158: | tiffanyjewelryforsale.com |
| Defendant 160: | tiffanyjewelrynet.com |
| Defendant 161: | tiffany-jewelry-on-sale.com |
| Defendant 163: | tiffanyjewelryoutlet.com |
| Defendant 164: | tiffanyjewelry-outlet.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

13

| Defendant 166: | tiffanyjewelrysales.com |
|---|---|
| Defendant 167: | tiffanyjewelryshops.com |
| Defendant 167: | tiffanyjewelrynet.com |
| Defendant 168: | tiffanyjewelrystores.com |
| Defendant 170: | tiffanyknockoffs.com |
| Defendant 171: | tiffany-mine.com |
| Defendant 171: | minesale.com |
| Defendant 172: | tiffanynew.com |
| Defendant 173: | tiffanyo.com |
| Defendant 175: | tiffanyonsale.net |
| Defendant 175: | ustiffany4sale.com |
| Defendant 178: | tiffanyoutletcheap.com |
| Defendant 179: | tiffanyoverstock.com |
| Defendant 180: | tiffanys1837jewelry.com |
| Defendant 181: | tiffanysalesstore.com |
| Defendant 183: | tiffanyselected.com |
| Defendant 184: | tiffany-seller.com |
| Defendant 188: | tiffanysjewelryshop.com |
| Defendant 188: | jewelrysonlineshop.com |
| Defendant 189: | tiffanysjewelryworld.com |
| Defendant 189: | myjewelrysworld.com |
| Defendant 192: | tiffanysonly.com |
| Defendant 193: | tiffany-sterling-silvers.com |
| Defendant 193: | bvlgari2.com |
| Defendant 194: | tiffanystock.com |

| | |
|---|---|
| Defendant 196: | tiffanysupplier.com |
| Defendant 197: | tiffanytopsale.com |
| Defendant 202: | top1tiffany.com |
| Defendant 202: | tiffanysalesonline.com |
| Defendant 206: | urbanclothingchina.com |
| Defendant 209: | utiffany.com |
| Defendant 209: | vtiffany.com |
| Defendant 210: | vogueonsale.com |
| Defendant 211: | watches-trade.com |
| Defendant 211: | hongwron.com |
| Defendant 211: | lvvuittonkorea.com |
| Defendant 212: | wholesale1837.com |
| Defendant 213: | wholesaleabc.net |
| Defendant 214: | wholesaleanywhere.com |
| Defendant 216: | wholesale-tiffany-jewellery.com |
| Defendant 217: | wholesaletiffanyjewelry.net |
| Defendant 217: | tiffanyonlineus.com |
| Defendant 217: | silvertiffanyonline.com |
| Defendant 218: | whslecn.com |
| Defendant 220: | wowyahoo.com |
| Defendant 221: | x-jewelrybox.com |
| Defendant 222: | yahoowholesaler.com |
| Defendant 223: | yasajewelry.com |
| Defendant 223: | tiffanyjewelrynet.com |